# Index for the Appendices

**Appendix A1:** The Eastern District questionnaire with unweighted data and including those with felony convictions ineligible for jury service.

**Appendix A2**: The Eastern District data weighted by the number of adult household residents for land line interviews and with ineligible convicted felons removed from the sample.

**Appendix B1:** The Middle District questionnaire with unweighted data and including those with felony convictions ineligible for jury service.

**Appendix B2**: The Middle District data weighted by the number of adult household residents for land line interviews and with ineligible convicted felons removed from the sample.

**Appendix C:** A statement of the survey procedures used by Promark Research, the firm that conducted the interviewing.

**Appendix D:** Census demographic benchmarks to compare to the survey benchmarks to validate the survey results**.**

**Appendix E:** An enumeration of the stories about the Pilot Flying J criminal prosecution that appeared in the Knoxville Sentinel and the Nashville Tennessean, including the date, the headline, and text describing each story.

**Appendix F:** The dates of the survey and call disposition codes

**Appendix G:** Curriculum Vitae of Declarant Dr. Kent Tedin