# Appendix A1: Questions and Frequencies for Eastern District
## (Unweighted Data with Ineligible Convicted Felons Included)

**INTRO:**

Hello, I am calling from Promark Research. We're doing a public opinion survey among residents of Tennessee about the legal system and a specific case. I promise we are not selling anything or doing a political poll. This is a poll about the law. Your cooperation is voluntary; you may answer "no opinion" or "undecided" to any question, and your answers are confidential. First, are you a U.S. citizen, a resident of the state of Tennessee, and 18 years of age or older?

**STYPE:**
```
Landline......................................................1   165   52.38 %
Cell..........................................................2   150   47.62 %
```

**Q1A:**
In addition to the cell phone on which we are speaking, do you also have a landline at your home residence?
```
Yes...........................................................1    48   32.00 %
Unsure........................................................2     2    1.33 %
No............................................................3   100   66.67 %
Refused.......................................................0     0    0.00 %
```

**Q1B:**
In addition to the landline on which we are speaking, do you also have a cell phone?
```
Yes...........................................................1   132   80.00 %
Unsure........................................................2     0    0.00 %
No............................................................3    33   20.00 %
Refused.......................................................0     0    0.00 %
```

**Q4:**
Are you a registered voter?
```
Yes...........................................................1   315  100.00 %
No............................................................2     0    0.00 %
```

**Q5:**
RESPONDENTS GENDER (BY OBSERVATION)
```
Male..........................................................1   156   49.52 %
Female........................................................2   159   50.48 %
```

**Q6A:**
Do you consider yourself to be of Hispanic or Latino descent, such as Mexican, Puerto Rican, Cuban, or some other Central or Latin American background?

| | | | |
|---|---|---|---|
| Yes | 1 | 12 | 3.81 % |
| No | 2 | 303 | 96.19 % |
| Refused | 0 | 0 | 0.00 % |

**Q6B:**
And is your race white or Anglo, African-American, Asian, or some other race?

| | | | |
|---|---|---|---|
| Anglo / White | 1 | 298 | 94.60 % |
| African-American | 2 | 14 | 4.44 % |
| Asian | 3 | 0 | 0.00 % |
| Other | 4 | 3 | 0.95 % |
| Refused | 0 | 0 | 0.00 % |

**PRACE:**

| | | | |
|---|---|---|---|
| White | 1 | 288 | 91.43 % |
| African-American | 2 | 13 | 4.13 % |
| Hispanic | 3 | 12 | 3.81 % |
| Asian | 4 | 0 | 0.00 % |
| Other | 5 | 2 | 0.63 % |
| Unsure / Refused | 6 | 0 | 0.00 % |

**Q7:**
Is your age between 18 and 34, 35 and 54, 55 and 69, or 70 and over?

| | | | |
|---|---|---|---|
| 18-34 | 1 | 89 | 28.25 % |
| 35-54 | 2 | 124 | 39.37 % |
| 55-69 | 3 | 91 | 28.89 % |
| 70 and over | 4 | 8 | 2.54 % |
| Refused | 0 | 2 | 0.63 % |

**Q8:**
Let me start by asking how closely you follow the business news. Would you say you follow the business news closely, somewhat, just a little, or not at all?

| | | | |
|---|---|---|---|
| Closely | 1 | 61 | 19.37 % |
| Somewhat | 2 | 109 | 34.60 % |
| Unsure | 3 | 3 | 0.95 % |
| Just a little | 4 | 84 | 26.67 % |
| Not at all | 5 | 58 | 18.41 % |
| Refused | 0 | 0 | 0.00 % |

**Q9II:**
Next I would like to read you the names of several companies with their headquarters in Tennessee and ask how much you have read or heard about them...

| | | | |
|---|---|---|---|
| Continue | 1 | 315 | 100.00 % |

**Q9:**
First, Federal Express. Have you read or heard a lot about Federal Express, something, just a little, or nothing?
```
A lot.......................................................1    67   21.27 %
Something...................................................2    72   22.86 %
Unsure......................................................3     4    1.27 %
Just a little...............................................4    80   25.40 %
Nothing.....................................................5    91   28.89 %
Refused.....................................................0     1    0.32 %
```

**Q10:**
Next, Dollar General. Have you read or heard a lot about Dollar General, something, just a little, or nothing?
```
A lot.......................................................1   100   31.75 %
Something...................................................2    72   22.86 %
Unsure......................................................3     4    1.27 %
Just a little...............................................4    71   22.54 %
Nothing.....................................................5    67   21.27 %
Refused.....................................................0     1    0.32 %
```

**Q11:**
Finally, Pilot Flying J. Have you read or heard a lot about Pilot Flying J, something, just a little or nothing?
```
A lot.......................................................1   169   53.65 %
Something...................................................2    63   20.00 %
Unsure......................................................3     3    0.95 %
Just a little...............................................4    48   15.24 %
Nothing.....................................................5    32   10.16 %
Refused.....................................................0     0    0.00 %
```

**Q12:**
Do you know what city in Tennessee Pilot Flying J has its company headquarters?
```
Knoxville...................................................1   211   66.98 %
Nashville...................................................2     9    2.86 %
Memphis.....................................................3     0    0.00 %
Other.......................................................4     0    0.00 %
Don't Know..................................................5    95   30.16 %
Refused.....................................................0     0    0.00 %
```

**Q13:**
Pilot Flying J sells diesel fuel to truck stops and trucking companies. On

February 3rd 2016, the federal government indicted eight Pilot Flying J
employees, including some top level executives, on charges of criminal
conspiracy to commit fraud. The Federal Government alleges that these eight
employees conspired, for personal and company financial gain, to defraud
trucking companies of tens of millions of dollars in cash bonuses or rebates
owed to these fuel buyers by Pilot Flying J. Have you read, heard or seen
anything about events surrounding the criminal fraud indictment brought by
the federal government against these eight Pilot Flying J employees?
IF YES, ASK Have you seen, read or heard a lot, something, or just a little
about the events surrounding the criminal indictment?

```
Nothing.....................................................1    76   24.13 %
Just a little...............................................2    51   16.19 %
Something...................................................3    66   20.95 %
A lot.......................................................4   122   38.73 %
Refused.....................................................0     0    0.00 %
```

### Q14:
Did you hear or see anything about the Pilot Flying J criminal prosecution on
television?
```
Yes.........................................................1   162   67.78 %
Unsure......................................................2     6    2.51 %
No..........................................................3    71   29.71 %
Refused.....................................................0     0    0.00 %
```

### Q15:
Did you read about the Pilot Flying J criminal prosecution in the <q15f1>?
```
Yes.........................................................1   101   42.26 %
Unsure......................................................2     8    3.35 %
No..........................................................3   130   54.39 %
Refused.....................................................0     0    0.00 %
```

### Q16:
Did you get information from the Internet about the Pilot Flying J criminal
prosecution?
```
Yes.........................................................1   112   46.86 %
Unsure......................................................2     3    1.26 %
No..........................................................3   124   51.88 %
Refused.....................................................0     0    0.00 %
```

### Q17:
Finally, have you had conrversations with other people about the Pilot Flying
J criminal prosecution?
```
Yes.........................................................1   123   51.46 %
Unsure......................................................2     1    0.42 %
No..........................................................3   115   48.12 %
Refused.....................................................0     0    0.00 %
```

### Q18:

Based on what you have read, seen or heard about the charges of criminal conspiracy to commit fraud brought by the federal government against the eight employees of Pilot Flying J, do you think these employees are definitely guilty, probably guilty, probably not guilty or definitely not guilty?

```
Definitely Guilty...........................................1    35   14.64 %
Probably Guilty.............................................2   124   51.88 %
Undecided...................................................3    65   27.20 %
Probably not Guilty.........................................4    13    5.44 %
Definitely not Guilty.......................................5     2    0.84 %
Refused.....................................................0     0    0.00 %
```

**Q19II:**
The media have reported a number of specific incidents relating to Pilot Flying J and the eight employees and former employees of Pilot Flying J that were indicted by the federal government this past February 3rd. Some people may remember some things, while others may remember different things. We are interested in what you remember reading, seeing or hearing about this litigation, even if you already told me about it in one of your previous answers...

```
Continue....................................................1   239  100.00 %
```

**Q19:**
First, have you read or heard that the Federal Government obtained a warrant to search the offices of Pilot Flying J back in February of 2013, and seized boxes of records and made copies of computer hard drives?

```
Yes.........................................................1   200   83.68 %
Unsure......................................................2    11    4.60 %
No..........................................................3    28   11.72 %
Refused.....................................................0     0    0.00 %
```

**Q20:**
Have you read or heard that numerous employees of Pilot Flying J rushed to the office of the U.S. Attorney to plead guilty to fraud in the hopes of getting a reduced fine or reduced time in prison?

```
Yes.........................................................1    80   33.47 %
Unsure......................................................2    17    7.11 %
No..........................................................3   142   59.41 %
Refused.....................................................0     0    0.00 %
```

**Q21:**
Have you read or heard that Pilot Flying J has been sold to Mark Cuban, owner of the Dallas Mavericks basketball team?

```
Yes.........................................................1    27   11.30 %
Unsure......................................................2     5    2.09 %
No..........................................................3   205   85.77 %
```

Refused......................................................0    2    0.84 %

## Q22:
Have you read or heard that a high ranking executive in Pilot Flying J paid one million dollars for an airplane that was not fit to fly from a customer that had allegedly been defrauded?

Yes..........................................................1   26   10.88 %
Unsure.......................................................2    5    2.09 %
No...........................................................3  207   86.61 %
Refused......................................................0    1    0.42 %

## Q23:
Have you read or heard that Pilot Flying J sales representatives took advantage of Hispanic owned trucking companies by not paying or underpaying the rebates those companies were owed by claiming there was a misunderstanding due to an English/Spanish language barrier?

Yes..........................................................1   80   33.47 %
Unsure.......................................................2   18    7.53 %
No...........................................................3  140   58.58 %
Refused......................................................0    1    0.42 %

## Q24:
Have you read or heard that people working for Pilot Flying J have pled guilty to charges of fraud and are cooperating with the government for possibly getting reduced fines and/or reduced prison sentences.

Yes..........................................................1  116   48.54 %
Unsure.......................................................2   14    5.86 %
No...........................................................3  108   45.19 %
Refused......................................................0    1    0.42 %

## Q25:
Finally, have you read or heard that the Pilot Flying J Company was fined 92 million dollars by the federal government for underpaying or not paying the rebates owed to its customers?

Yes..........................................................1  121   50.63 %
Unsure.......................................................2   18    7.53 %
No...........................................................3   99   41.42 %
Refused......................................................0    1    0.42 %

## Q26:
Pilot Flying J is a privately owned company. Do you know the name of the family that owns Pilot Flying J?

Haslam.......................................................1  202   64.13 %
Other (SPECIFY)..............................................2    0    0.00 %
Don't know...................................................3  112   35.56 %

```
Refused.......................................................0    1    0.32 %
```

### Q28:
Finally, we would like get some background information... Do you own or rent your home, or have some other living arrangement?
```
Own............................................................1  236  74.92 %
Rent...........................................................2   43  13.65 %
Other..........................................................3   33  10.48 %
Refused........................................................0    3   0.95 %
```

### Q29:
Are you married, divorced or separated, widowed or never married?
```
Married........................................................1  204  64.76 %
Divorced.......................................................2   33  10.48 %
Separated......................................................3    4   1.27 %
Widowed........................................................4   23   7.30 %
Never married..................................................5   46  14.60 %
Refused........................................................0    5   1.59 %
```

### Q30:
Are you employed full time?
```
Yes............................................................1  164  52.06 %
No.............................................................2  147  46.67 %
Refused........................................................8    4   1.27 %
```

### Q31:
Do you have a four year college degree-that is, a Bachelor of Arts or Bachelor of Science degree?
```
Yes, have a college degree.....................................1  108  34.29 %
No, do not have a college degree...............................2  204  64.76 %
Refused........................................................0    3   0.95 %
```

### Q32:
Do you currently work for or have you ever worked for Pilot Flying J?
```
Yes............................................................1    3   0.95 %
Unsure.........................................................2    3   0.95 %
No.............................................................3  307  97.46 %
Refused........................................................0    2   0.63 %
```

### Q33:
Do you personally know anyone who has worked for or currently works for Pilot Flying J?
```
Yes............................................................1   78  24.76 %
```

```
Unsure...................................................2    5    1.59 %
No.......................................................3  230   73.02 %
Refused..................................................0    2    0.63 %
```

### Q34:
Other than yourself, how many other adults live at your residence-none, one other adult, two other adults, or three or more other adults?
```
None.....................................................4   24   14.55 %
One other................................................1  105   63.64 %
Two others...............................................2   24   14.55 %
Three or more others.....................................3   10    6.06 %
Refused..................................................0    2    1.21 %
```

### Q35:
Finally, for statistical purposes, we need to know if you have been convicted of a felony?
IF YES, ASK Have you had your civil rights restored, that is, your right to vote?
```
Convicted................................................1    4    1.27 %
Convicted, civil rights restored.........................2    2    0.63 %
Never convicted..........................................3  306   97.14 %
Refused..................................................0    3    0.95 %
```