# Appendix A2
# Question Frequencies for Eastern District
# (Weighted Data with Jury Ineligible Convicted Felons Removed from the Sample)

### STYPE

|       |              | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|--------------|-----------|---------|---------------|--------------------|
| Valid | 1.00 Landline| 161       | 52.0    | 52.0          | 52.0               |
|       | 2.00 Cell    | 149       | 48.0    | 48.0          | 100.0              |
|       | Total        | 310       | 100.0   | 100.0         |                    |

### Q1A

|         |            | Frequency | Percent | Valid Percent | Cumulative Percent |
|---------|------------|-----------|---------|---------------|--------------------|
| Valid   | 1.00 Yes   | 47        | 15.2    | 31.5          | 31.5               |
|         | 2.00 Unsure| 2         | .6      | 1.3           | 32.9               |
|         | 3.00 No    | 100       | 32.2    | 67.1          | 100.0              |
|         | Total      | 149       | 48.0    | 100.0         |                    |
| Missing | System     | 161       | 52.0    |               |                    |
| Total   |            | 310       | 100.0   |               |                    |

### Q1B

|         |          | Frequency | Percent | Valid Percent | Cumulative Percent |
|---------|----------|-----------|---------|---------------|--------------------|
| Valid   | 1.00 Yes | 129       | 41.7    | 80.3          | 80.3               |
|         | 3.00 No  | 32        | 10.2    | 19.7          | 100.0              |
|         | Total    | 161       | 52.0    | 100.0         |                    |
| Missing | System   | 149       | 48.0    |               |                    |
| Total   |          | 310       | 100.0   |               |                    |

## Q5

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---:|---:|---:|---:|
| Valid | 1.00 Male | 152 | 49.1 | 49.1 | 49.1 |
| | 2.00 Female | 158 | 50.9 | 50.9 | 100.0 |
| | Total | 310 | 100.0 | 100.0 | |

## Q6A

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---:|---:|---:|---:|
| Valid | 1.00 Yes | 10 | 3.3 | 3.3 | 3.3 |
| | 2.00 No | 300 | 96.7 | 96.7 | 100.0 |
| | Total | 310 | 100.0 | 100.0 | |

## Q6B

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---:|---:|---:|---:|
| Valid | 1.00 Anglo / White | 294 | 94.6 | 94.6 | 94.6 |
| | 2.00 African-American | 13 | 4.3 | 4.3 | 98.9 |
| | 4.00 Other | 3 | 1.1 | 1.1 | 100.0 |
| | Total | 310 | 100.0 | 100.0 | |

## PRACE

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---:|---:|---:|---:|
| Valid | 1.00 White | 285 | 91.9 | 91.9 | 91.9 |
| | 2.00 African-American | 12 | 4.0 | 4.0 | 95.9 |
| | 3.00 Hispanic | 10 | 3.3 | 3.3 | 99.2 |
| | 5.00 Other | 2 | .8 | .8 | 100.0 |
| | Total | 310 | 100.0 | 100.0 | |

### Q7

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 18-34 | 88 | 28.2 | 28.4 | 28.4 |
|  | 2.00 35-54 | 123 | 39.5 | 39.8 | 68.3 |
|  | 3.00 55-69 | 90 | 29.1 | 29.4 | 97.6 |
|  | 4.00 70 and over | 7 | 2.3 | 2.4 | 100.0 |
|  | Total | 308 | 99.2 | 100.0 |  |
| Missing | .00 Refused | 1 | .5 |  |  |
|  | System | 1 | .3 |  |  |
|  | Total | 2 | .8 |  |  |
| Total |  | 310 | 100.0 |  |  |

### Q8

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Closely | 59 | 18.9 | 18.9 | 18.9 |
|  | 2.00 Somewhat | 108 | 34.8 | 34.8 | 53.7 |
|  | 3.00 Unsure | 2 | .8 | .8 | 54.5 |
|  | 4.00 Just a little | 83 | 26.9 | 26.9 | 81.3 |
|  | 5.00 Not at all | 58 | 18.7 | 18.7 | 100.0 |
|  | Total | 310 | 100.0 | 100.0 |  |

### Q9

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 A lot | 68 | 21.9 | 22.0 | 22.0 |
|  | 2.00 Something | 70 | 22.6 | 22.7 | 44.7 |
|  | 3.00 Unsure | 3 | 1.1 | 1.1 | 45.8 |
|  | 4.00 Just a little | 75 | 24.0 | 24.1 | 69.9 |
|  | 5.00 Nothing | 93 | 30.0 | 30.1 | 100.0 |
|  | Total | 309 | 99.7 | 100.0 |  |
| Missing | .00 Refused | 1 | .3 |  |  |
| Total |  | 310 | 100.0 |  |  |

### Q10

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 A lot | 103 | 33.1 | 33.2 | 33.2 |
|  | 2.00 Something | 72 | 23.1 | 23.1 | 56.3 |
|  | 3.00 Unsure | 4 | 1.2 | 1.2 | 57.6 |
|  | 4.00 Just a little | 66 | 21.4 | 21.4 | 79.0 |
|  | 5.00 Nothing | 65 | 20.9 | 21.0 | 100.0 |
|  | Total | 309 | 99.7 | 100.0 |  |
| Missing | .00 Refused | 1 | .3 |  |  |
| Total |  | 310 | 100.0 |  |  |

### Q11

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 A lot | 168 | 54.0 | 54.0 | 54.0 |
|  | 2.00 Something | 63 | 20.2 | 20.2 | 74.2 |
|  | 3.00 Unsure | 2 | .8 | .8 | 75.0 |
|  | 4.00 Just a little | 45 | 14.4 | 14.4 | 89.3 |
|  | 5.00 Nothing | 33 | 10.7 | 10.7 | 100.0 |
|  | Total | 310 | 100.0 | 100.0 |  |

### Q12

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Knoxville | 207 | 66.7 | 66.7 | 66.7 |
|  | 2.00 Nashville | 103 | 33.3 | 33.3 | 100.0 |
|  | Total | 310 | 100.0 | 100.0 |  |

### Q13

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---:|---:|---:|---:|
| Valid | 1.00 Nothing | 74 | 23.9 | 23.9 | 23.9 |
| | 2.00 Just a little | 51 | 16.3 | 16.3 | 40.2 |
| | 3.00 Something | 63 | 20.4 | 20.4 | 60.7 |
| | 4.00 A lot | 122 | 39.3 | 39.3 | 100.0 |
| | Total | 310 | 100.0 | 100.0 | |

### Q14

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---:|---:|---:|---:|
| Valid | 1.00 Yes | 162 | 52.2 | 52.2 | 52.2 |
| | 2.00 Unsure | 6 | 1.9 | 1.9 | 54.1 |
| | 3.00 No | 143 | 45.9 | 45.9 | 100.0 |
| | Total | 310 | 100.0 | 100.0 | |

### Q15

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---:|---:|---:|---:|
| Valid | 1.00 Yes | 99 | 31.9 | 31.9 | 31.9 |
| | 2.00 Unsure | 8 | 2.7 | 2.7 | 34.6 |
| | 3.00 No | 203 | 65.4 | 65.4 | 100.0 |
| | Total | 310 | 100.0 | 100.0 | |

### Q16

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---:|---:|---:|---:|
| Valid | 1.00 Yes | 113 | 36.6 | 36.6 | 36.6 |
| | 2.00 Unsure | 3 | 1.0 | 1.0 | 37.5 |
| | 3.00 No | 194 | 62.5 | 62.5 | 100.0 |
| | Total | 310 | 100.0 | 100.0 | |

**Q17**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 124 | 39.8 | 39.8 | 39.8 |
| | 3.00 No | 187 | 60.2 | 60.2 | 100.0 |
| | Total | 310 | 100.0 | 100.0 | |

**Q18**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Definitely Guilty | 159 | 51.4 | 51.4 | 51.4 |
| | 3.00 Undecided | 137 | 44.1 | 44.1 | 95.5 |
| | 5.00 Definitely not Guilty | 14 | 4.5 | 4.5 | 100.0 |
| | Total | 310 | 100.0 | 100.0 | |

**Q19**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 201 | 64.8 | 64.8 | 64.8 |
| | 2.00 Unsure | 9 | 3.0 | 3.0 | 67.7 |
| | 3.00 No | 100 | 32.3 | 32.3 | 100.0 |
| | Total | 310 | 100.0 | 100.0 | |

**Q20**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 77 | 24.9 | 24.9 | 24.9 |
| | 2.00 Unsure | 18 | 5.8 | 5.8 | 30.7 |
| | 3.00 No | 215 | 69.3 | 69.3 | 100.0 |
| | Total | 310 | 100.0 | 100.0 | |

**Q21**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---:|---:|---:|---:|
| Valid | 1.00 Yes | 26 | 8.5 | 8.5 | 8.5 |
|  | 2.00 Unsure | 5 | 1.7 | 1.7 | 10.2 |
|  | 3.00 No | 279 | 89.8 | 89.8 | 100.0 |
|  | Total | 310 | 100.0 | 100.0 |  |

**Q22**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---:|---:|---:|---:|
| Valid | 1.00 Yes | 26 | 8.5 | 8.5 | 8.5 |
|  | 2.00 Unsure | 5 | 1.6 | 1.6 | 10.1 |
|  | 3.00 No | 279 | 89.9 | 89.9 | 100.0 |
|  | Total | 310 | 100.0 | 100.0 |  |

**Q23**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---:|---:|---:|---:|
| Valid | 1.00 Yes | 81 | 26.0 | 26.0 | 26.0 |
|  | 2.00 Unsure | 16 | 5.2 | 5.2 | 31.2 |
|  | 3.00 No | 213 | 68.8 | 68.8 | 100.0 |
|  | Total | 310 | 100.0 | 100.0 |  |

**Q24**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---:|---:|---:|---:|
| Valid | 1.00 Yes | 114 | 36.7 | 36.7 | 36.7 |
|  | 2.00 Unsure | 14 | 4.4 | 4.4 | 41.1 |
|  | 3.00 No | 183 | 58.9 | 58.9 | 100.0 |
|  | Total | 310 | 100.0 | 100.0 |  |

**Q25**

|       |            | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|------------|-----------|---------|---------------|--------------------|
| Valid | 1.00 Yes   | 119       | 38.4    | 38.4          | 38.4               |
|       | 2.00 Unsure| 17        | 5.5     | 5.5           | 43.9               |
|       | 3.00 No    | 174       | 56.1    | 56.1          | 100.0              |
|       | Total      | 310       | 100.0   | 100.0         |                    |

**Q26**

|         |                 | Frequency | Percent | Valid Percent | Cumulative Percent |
|---------|-----------------|-----------|---------|---------------|--------------------|
| Valid   | 1.00 Haslam     | 200       | 64.4    | 64.6          | 64.6               |
|         | 3.00 Don't know | 109       | 35.2    | 35.4          | 100.0              |
|         | Total           | 309       | 99.7    | 100.0         |                    |
| Missing | .00 Refused     | 1         | .3      |               |                    |
| Total   |                 | 310       | 100.0   |               |                    |

**Q28**

|         |             | Frequency | Percent | Valid Percent | Cumulative Percent |
|---------|-------------|-----------|---------|---------------|--------------------|
| Valid   | 1.00 Own    | 232       | 74.8    | 75.4          | 75.4               |
|         | 2.00 Rent   | 39        | 12.7    | 12.8          | 88.2               |
|         | 3.00 Other  | 36        | 11.7    | 11.8          | 100.0              |
|         | Total       | 308       | 99.2    | 100.0         |                    |
| Missing | .00 Refused | 2         | .8      |               |                    |
| Total   |             | 310       | 100.0   |               |                    |

### Q29

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Married | 208 | 67.1 | 67.9 | 67.9 |
|  | 2.00 Divorced | 30 | 9.6 | 9.7 | 77.6 |
|  | 3.00 Separated | 4 | 1.3 | 1.3 | 78.9 |
|  | 4.00 Widowed | 20 | 6.6 | 6.6 | 85.5 |
|  | 5.00 Never married | 44 | 14.3 | 14.5 | 100.0 |
|  | Total | 306 | 98.7 | 100.0 |  |
| Missing | .00 Refused | 4 | 1.3 |  |  |
| Total |  | 310 | 100.0 |  |  |

### Q30

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 162 | 52.1 | 52.1 | 52.1 |
|  | 2.00 No | 146 | 46.9 | 46.9 | 99.0 |
|  | 8.00 Refused | 3 | 1.0 | 1.0 | 100.0 |
|  | Total | 310 | 100.0 | 100.0 |  |

### Q31

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes, have a college degree | 108 | 34.9 | 35.1 | 35.1 |
|  | 2.00 No, do not have a college degree | 200 | 64.5 | 64.9 | 100.0 |
|  | Total | 308 | 99.4 | 100.0 |  |
| Missing | .00 Refused | 2 | .6 |  |  |
| Total |  | 310 | 100.0 |  |  |

### Q32

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 2 | .6 | .6 | .6 |
| | 2.00 Unsure | 2 | .8 | .8 | 1.4 |
| | 3.00 No | 304 | 98.1 | 98.6 | 100.0 |
| | Total | 309 | 99.5 | 100.0 | |
| Missing | .00 Refused | 1 | .5 | | |
| Total | | 310 | 100.0 | | |

### Q33

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 80 | 25.6 | 25.8 | 25.8 |
| | 2.00 Unsure | 5 | 1.6 | 1.6 | 27.3 |
| | 3.00 No | 224 | 72.3 | 72.7 | 100.0 |
| | Total | 309 | 99.5 | 100.0 | |
| Missing | .00 Refused | 1 | .5 | | |
| Total | | 310 | 100.0 | | |

### Q34

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 One other | 98 | 31.5 | 60.9 | 60.9 |
| | 2.00 Two others | 34 | 11.0 | 21.3 | 82.2 |
| | 3.00 Three or more others | 17 | 5.5 | 10.7 | 92.9 |
| | 4.00 None | 11 | 3.7 | 7.1 | 100.0 |
| | Total | 160 | 51.7 | 100.0 | |
| Missing | .00 Refused | 1 | .3 | | |
| | System | 149 | 48.0 | | |
| | Total | 150 | 48.3 | | |
| Total | | 310 | 100.0 | | |

**Q35**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | .00 Refused | 2 | .6 | .6 | .6 |
| | 2.00 Convicted, civil rights restored | 2 | .6 | .6 | 1.3 |
| | 3.00 Never convicted | 306 | 98.7 | 98.7 | 100.0 |
| | Total | 310 | 100.0 | 100.0 | |