# Appendix B2
# Question Frequencies for Middle District
## (Weighted Data with Jury Ineligible Convicted Felons removed from the Sample)

### STYPE

|       |              | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|--------------|-----------|---------|---------------|--------------------|
| Valid | 1.00 Landline | 151       | 50.6    | 50.6          | 50.6               |
|       | 2.00 Cell     | 147       | 49.4    | 49.4          | 100.0              |
|       | Total         | 298       | 100.0   | 100.0         |                    |

### Q1A

|         |            | Frequency | Percent | Valid Percent | Cumulative Percent |
|---------|------------|-----------|---------|---------------|--------------------|
| Valid   | 1.00 Yes   | 44        | 14.8    | 29.9          | 29.9               |
|         | 2.00 Unsure | 1         | .3      | .7            | 30.6               |
|         | 3.00 No    | 102       | 34.3    | 69.4          | 100.0              |
|         | Total      | 147       | 49.4    | 100.0         |                    |
| Missing | System     | 151       | 50.6    |               |                    |
| Total   |            | 298       | 100.0   |               |                    |

### Q1B

|         |             | Frequency | Percent | Valid Percent | Cumulative Percent |
|---------|-------------|-----------|---------|---------------|--------------------|
| Valid   | 1.00 Yes    | 132       | 44.2    | 87.6          | 87.6               |
|         | 3.00 No     | 19        | 6.2     | 12.4          | 100.0              |
|         | Total       | 150       | 50.4    | 100.0         |                    |
| Missing | .00 Refused | 0         | .2      |               |                    |
|         | System      | 147       | 49.4    |               |                    |
|         | Total       | 147       | 49.6    |               |                    |
| Total   |             | 298       | 100.0   |               |                    |

### Q4

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 265 | 88.9 | 88.9 | 88.9 |
| | 2.00 No | 33 | 11.1 | 11.1 | 100.0 |
| | Total | 298 | 100.0 | 100.0 | |

### Q5

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Male | 140 | 47.0 | 47.0 | 47.0 |
| | 2.00 Female | 158 | 53.0 | 53.0 | 100.0 |
| | Total | 298 | 100.0 | 100.0 | |

### Q6A

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 14 | 4.7 | 4.7 | 4.7 |
| | 2.00 No | 284 | 95.3 | 95.3 | 100.0 |
| | Total | 298 | 100.0 | 100.0 | |

### Q6B

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Anglo / White | 243 | 81.6 | 81.9 | 81.9 |
| | 2.00 African-American | 46 | 15.4 | 15.5 | 97.4 |
| | 3.00 Asian | 0 | .2 | .2 | 97.6 |
| | 4.00 Other | 7 | 2.4 | 2.4 | 100.0 |
| | Total | 297 | 99.7 | 100.0 | |
| Missing | .00 Refused | 1 | .3 | | |
| Total | | 298 | 100.0 | | |

### PRACE

|       |                      | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|----------------------|-----------|---------|---------------|--------------------|
| Valid | 1.00 White           | 237       | 79.7    | 79.7          | 79.7               |
|       | 2.00 African-American| 45        | 15.1    | 15.1          | 94.8               |
|       | 3.00 Hispanic        | 14        | 4.7     | 4.7           | 99.5               |
|       | 5.00 Other           | 1         | .5      | .5            | 100.0              |
|       | Total                | 298       | 100.0   | 100.0         |                    |

### Q7

|         |                  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---------|------------------|-----------|---------|---------------|--------------------|
| Valid   | 1.00 18-34       | 85        | 28.5    | 28.5          | 28.5               |
|         | 2.00 35-54       | 124       | 41.6    | 41.6          | 70.2               |
|         | 3.00 55-69       | 83        | 28.0    | 28.1          | 98.2               |
|         | 4.00 70 and over | 5         | 1.8     | 1.8           | 100.0              |
|         | Total            | 297       | 99.8    | 100.0         |                    |
| Missing | .00 Refused      | 0         | .2      |               |                    |
| Total   |                  | 298       | 100.0   |               |                    |

### Q8

|       |                   | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|-------------------|-----------|---------|---------------|--------------------|
| Valid | 1.00 Closely      | 44        | 14.9    | 14.9          | 14.9               |
|       | 2.00 Somewhat     | 118       | 39.8    | 39.8          | 54.7               |
|       | 3.00 Unsure       | 1         | .3      | .3            | 55.1               |
|       | 4.00 Just a little| 76        | 25.5    | 25.5          | 80.5               |
|       | 5.00 Not at all   | 58        | 19.5    | 19.5          | 100.0              |
|       | Total             | 298       | 100.0   | 100.0         |                    |

**Q9**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 A lot | 76 | 25.5 | 25.5 | 25.5 |
| | 2.00 Something | 61 | 20.4 | 20.4 | 45.9 |
| | 3.00 Unsure | 4 | 1.3 | 1.3 | 47.2 |
| | 4.00 Just a little | 75 | 25.1 | 25.1 | 72.2 |
| | 5.00 Nothing | 83 | 27.8 | 27.8 | 100.0 |
| | Total | 298 | 100.0 | 100.0 | |

**Q10**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 A lot | 127 | 42.7 | 42.7 | 42.7 |
| | 2.00 Something | 67 | 22.4 | 22.4 | 65.1 |
| | 3.00 Unsure | 1 | .3 | .3 | 65.5 |
| | 4.00 Just a little | 61 | 20.6 | 20.6 | 86.0 |
| | 5.00 Nothing | 42 | 14.0 | 14.0 | 100.0 |
| | Total | 298 | 100.0 | 100.0 | |

**Q11**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 A lot | 86 | 28.8 | 28.8 | 28.8 |
| | 2.00 Something | 48 | 16.1 | 16.1 | 44.9 |
| | 3.00 Unsure | 1 | .3 | .3 | 45.2 |
| | 4.00 Just a little | 63 | 21.2 | 21.2 | 66.4 |
| | 5.00 Nothing | 100 | 33.6 | 33.6 | 100.0 |
| | Total | 298 | 100.0 | 100.0 | |

**Q12**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Knoxville | 75 | 25.3 | 25.3 | 25.3 |
|  | 2.00 Nashville | 222 | 74.7 | 74.7 | 100.0 |
|  | Total | 298 | 100.0 | 100.0 |  |

**Q13**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Nothing | 164 | 55.0 | 55.1 | 55.1 |
|  | 2.00 Just a little | 47 | 15.9 | 16.0 | 71.1 |
|  | 3.00 Something | 41 | 13.7 | 13.7 | 84.9 |
|  | 4.00 A lot | 45 | 15.1 | 15.1 | 100.0 |
|  | Total | 297 | 99.7 | 100.0 |  |
| Missing | .00 Refused | 1 | .3 |  |  |
| Total |  | 298 | 100.0 |  |  |

**Q14**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 64 | 21.5 | 21.5 | 21.5 |
|  | 2.00 Unsure | 2 | .8 | .8 | 22.3 |
|  | 3.00 No | 231 | 77.7 | 77.7 | 100.0 |
|  | Total | 298 | 100.0 | 100.0 |  |

**Q15**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 44 | 14.9 | 14.9 | 14.9 |
|  | 2.00 Unsure | 4 | 1.2 | 1.2 | 16.1 |
|  | 3.00 No | 250 | 83.9 | 83.9 | 100.0 |
|  | Total | 298 | 100.0 | 100.0 |  |

### Q16

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 61 | 20.6 | 20.6 | 20.6 |
| | 2.00 Unsure | 1 | .5 | .5 | 21.0 |
| | 3.00 No | 235 | 79.0 | 79.0 | 100.0 |
| | Total | 298 | 100.0 | 100.0 | |

### Q17

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 40 | 13.3 | 13.3 | 13.3 |
| | 3.00 No | 258 | 86.7 | 86.7 | 100.0 |
| | Total | 298 | 100.0 | 100.0 | |

### Q18

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Definitely Guilty | 67 | 22.6 | 22.6 | 22.6 |
| | 3.00 Undecided | 223 | 74.8 | 74.8 | 97.4 |
| | 5.00 Definitely not Guilty | 8 | 2.6 | 2.6 | 100.0 |
| | Total | 298 | 100.0 | 100.0 | |

### Q19

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 87 | 29.1 | 29.1 | 29.1 |
| | 2.00 Unsure | 9 | 2.9 | 2.9 | 32.0 |
| | 3.00 No | 202 | 68.0 | 68.0 | 100.0 |
| | Total | 298 | 100.0 | 100.0 | |

### Q20

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 23 | 7.7 | 7.7 | 7.7 |
| | 2.00 Unsure | 7 | 2.4 | 2.4 | 10.1 |
| | 3.00 No | 268 | 89.9 | 89.9 | 100.0 |
| | Total | 298 | 100.0 | 100.0 | |

### Q21

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 9 | 3.1 | 3.1 | 3.1 |
| | 2.00 Unsure | 3 | 1.0 | 1.0 | 4.1 |
| | 3.00 No | 285 | 95.9 | 95.9 | 100.0 |
| | Total | 298 | 100.0 | 100.0 | |

### Q22

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 17 | 5.6 | 5.6 | 5.6 |
| | 2.00 Unsure | 1 | .3 | .3 | 5.9 |
| | 3.00 No | 280 | 94.1 | 94.1 | 100.0 |
| | Total | 298 | 100.0 | 100.0 | |

### Q23

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 33 | 11.2 | 11.2 | 11.2 |
| | 2.00 Unsure | 4 | 1.3 | 1.3 | 12.5 |
| | 3.00 No | 261 | 87.5 | 87.5 | 100.0 |
| | Total | 298 | 100.0 | 100.0 | |

**Q24**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 46 | 15.3 | 15.3 | 15.3 |
|  | 2.00 Unsure | 7 | 2.3 | 2.3 | 17.6 |
|  | 3.00 No | 245 | 82.4 | 82.4 | 100.0 |
|  | Total | 298 | 100.0 | 100.0 |  |

**Q25**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 58 | 19.6 | 19.6 | 19.6 |
|  | 2.00 Unsure | 8 | 2.7 | 2.7 | 22.3 |
|  | 3.00 No | 231 | 77.7 | 77.7 | 100.0 |
|  | Total | 298 | 100.0 | 100.0 |  |

**Q26**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Haslam | 105 | 35.3 | 35.4 | 35.4 |
|  | 3.00 Don't know | 192 | 64.5 | 64.6 | 100.0 |
|  | Total | 297 | 99.8 | 100.0 |  |
| Missing | .00 Refused | 0 | .2 |  |  |
| Total |  | 298 | 100.0 |  |  |

**Q28**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Own | 194 | 65.2 | 66.9 | 66.9 |
|  | 2.00 Rent | 57 | 19.0 | 19.5 | 86.5 |
|  | 3.00 Other | 39 | 13.2 | 13.5 | 100.0 |
|  | Total | 290 | 97.4 | 100.0 |  |
| Missing | .00 Refused | 8 | 2.6 |  |  |
| Total |  | 298 | 100.0 |  |  |

### Q29

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Married | 184 | 61.8 | 62.3 | 62.3 |
|  | 2.00 Divorced | 29 | 9.8 | 9.9 | 72.1 |
|  | 3.00 Separated | 3 | 1.1 | 1.1 | 73.3 |
|  | 4.00 Widowed | 16 | 5.4 | 5.4 | 78.7 |
|  | 5.00 Never married | 63 | 21.1 | 21.3 | 100.0 |
|  | Total | 295 | 99.2 | 100.0 |  |
| Missing | .00 Refused | 2 | .8 |  |  |
| Total |  | 298 | 100.0 |  |  |

### Q30

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 171 | 57.5 | 57.5 | 57.5 |
|  | 2.00 No | 123 | 41.5 | 41.5 | 99.0 |
|  | 8.00 Refused | 3 | 1.0 | 1.0 | 100.0 |
|  | Total | 298 | 100.0 | 100.0 |  |

### Q31

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes, have a college degree | 118 | 39.6 | 39.7 | 39.7 |
|  | 2.00 No, do not have a college degree | 179 | 60.1 | 60.3 | 100.0 |
|  | Total | 297 | 99.7 | 100.0 |  |
| Missing | .00 Refused | 1 | .3 |  |  |
| Total |  | 298 | 100.0 |  |  |

### Q32

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 4 | 1.5 | 1.5 | 1.5 |
|  | 2.00 Unsure | 1 | .5 | .5 | 1.9 |
|  | 3.00 No | 291 | 97.7 | 98.1 | 100.0 |
|  | Total | 297 | 99.7 | 100.0 |  |
| Missing | .00 Refused | 1 | .3 |  |  |
| Total |  | 298 | 100.0 |  |  |

### Q33

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 Yes | 24 | 7.9 | 7.9 | 7.9 |
|  | 2.00 Unsure | 3 | 1.1 | 1.1 | 9.0 |
|  | 3.00 No | 270 | 90.7 | 91.0 | 100.0 |
|  | Total | 297 | 99.7 | 100.0 |  |
| Missing | .00 Refused | 1 | .3 |  |  |
| Total |  | 298 | 100.0 |  |  |

### Q34

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1.00 One other | 76 | 25.6 | 51.1 | 51.1 |
|  | 2.00 Two others | 32 | 10.8 | 21.5 | 72.6 |
|  | 3.00 Three or more others | 28 | 9.4 | 18.7 | 91.3 |
|  | 4.00 None | 13 | 4.4 | 8.7 | 100.0 |
|  | Total | 149 | 50.1 | 100.0 |  |
| Missing | .00 Refused | 1 | .5 |  |  |
|  | System | 147 | 49.4 |  |  |
|  | Total | 148 | 49.9 |  |  |
| Total |  | 298 | 100.0 |  |  |

**Q35**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | .00 Refused | 2 | .7 | .7 | .7 |
|  | 2.00 Convicted, civil rights restored | 2 | .8 | .8 | 1.5 |
|  | 3.00 Never convicted | 293 | 98.5 | 98.5 | 100.0 |
|  | Total | 298 | 100.0 | 100.0 |  |