**Appendix C**
Statement of Surveys Procedures by Zeine Saudi, COO Promark Research

On September 11th, 2016, Dr. Kent Tedin provided Promark Research Corporation with a telephone script. We made minor revisions to the script, which were approved by Dr. Tedin, before we programmed it into a Computer Assisted Telephone Interview (CATI) and made the survey available for trained telephone operators to implement outbound telephone calls from the United States. Promark Research Corporation's Zeine R. Saidi, Chief Operating Officer, and Mario Xatruch, CATI Programmer, led, facilitated, and reported results for this telephone polling project. The CATI was tested internally and used to train all telephone interviewers prior to the launch of the survey. Promark trained roughly 45 telephone operators on how to conduct the calls, as well as trained them on how to administer the survey in a consistent manner. The phone script had a brief introduction explaining the nature and importance of the telephone interview to each potential respondent. The CATI provides Promark with a more efficient way to monitor the data and the survey process.

Individuals 18 and older were screened by location, English language comprehension, U.S. Citizenship, and gender. Gender was only used as a screener to maintain an equal representation of both males and females for each area. If a respondent did not answer the first time, our telephone operators were told to try to contact that household another three (3) times at different times throughout the survey period before removing the number from the prospective respondent list. Promark Research Corporation began calling for the Tennessee survey on September 14th, 2016 and finished on September 22nd, 2016. Promark completed 624 valid telephone surveys in:

**Knoxville, TN**

Anderson, Blount, Campbell, Claiborne, Grainger, Jefferson, Knox, Loudon, Monroe, Morgan, Roane, Scott, Sevier and Union Counties

**Nashville, TN**

Cannon, Cheatham, Davidson, Dickson, Houston, Humphreys, Montgomery, Robertson, Rutherford, Stewart, Sumner, Trousdale, Williamson and Wilson Counties.

Additional information: Respondents who refused to participate in the survey were not called again. All calls were monitored and supervised. Any persons who said yes, I don't know, or refused to answer if they were convicted of a felony were excluded from the data analysis and reporting. All calling records come from a random sample of households in the area.

Zeine Saidi, COO, is the co-founder of Promark Research Corporation and has 31 years of experience in public opinion research and telephone interviewing. He has been personally involved in literally hundreds of thousands of telephone interviews at Promark since 1997. He previously worked at a subsidiary of The Gallup Organization where he was involved in nearly every aspect of the research process.