# Appendix D
## Benchmarks for Eastern District and Middle District Surveys

The following is a comparison of demographics taken from the American Community Survey, 2015 data release, to use as a benchmark for the demographics collected in the Eastern District, Knoxville Division and Middle District, Nashville District. The demographics include all counties for each venue. The survey data are not going to precisely match benchmarks as the jury-eligible population for the Eastern District is registered voters only. Even in the Middle District where those eligible for jury service are taken from the list of registered voters, and those with a Tennessee driver's license or state identification card there will not be a perfect overlap between all jury service eligible adults and total adult population. Even employing the methods used in the Middle District, some adults living in the District will not be eligible for jury service. In addition, for both venues we limited the number of respondents 70 years of age and older to no more than one-to-two percent. Given these considerations, the match between the Census data (American Community Survey) and the demographics on the venue surveys are sufficiently close to conclude sample data are representative of the population of jury-eligible citizens in the Eastern District, Knoxville Division and Middle District, Nashville Division.

| American Community Survey Demographics Eastern District | | Pilot Flying J Venue Survey Demographics Eastern District | |
|---|---|---|---|
| **Race/Ethnicity** (among three groups) | | **Race/Ethnicity** (among three groups) | |
| White | 89% | White | 91% |
| Black | 05% | Black | 04% |
| Hispanic | 03% | Hispanic | 04% |
| **Gender** | | **Gender** | |
| Female | 51% | Female | 50% |
| Male | 49% | Male | 50% |
| **Age** | | **Age** | |
| 18-34 | 28% | 18-34 | 29% |
| 35-54 | 34% | 35-54 | 39% |
| 55-69 | 25% | 55-69 | 29% |
| 70 + | 13% | 70+ (capped at 2%) | |
| **Marital Status** | | **Marital Status** | |
| Married | 53% | Married | 64% |
| Divorced/separated | 17% | Divorced/Separated | 12% |
| Widowed | 07% | Widowed | 07% |
| Never married | 22% | Never married | 15% |
| **Home Ownership** | | **Home ownership** | |
| Home owner | 75% | Home owner | 71% |
| Renter/other | 25% | Renter/other | 29% |

American Community Survey
Demographics Middle District

Race/Ethnicity (among three groups)
White           72%
Black           16%
Hispanic        07%

Gender
Female          51%
Male            49%

Age
18-34           33%
35-54           36%
55-59           21%
70+             10%

Marital Status
Married                 50%
Divorced/separated      17%
Widowed                 05%
Never married           27%

Home Ownership
Home owner      65%
Renter/other    35%

Pilot Flying J Venue Survey
Demographics Middle District

Race/Ethnicity (among three groups)
White           79%
Black           15%
Hispanic        05%

Gender
Female          53%
Male            47%

Age
18-34           29%
35-54           39%
55-69           29%
70+ (capped at 2%)

Marital Status
Married                 59%
Divorced/Seperated      13%
Widowed                 06%
Never married           21%

Home ownership
Home owner      66%
Renter/other    34%