# Appendix E

## KNOXVILLE NEWS SENTINEL

1. April 15, 2013
   **Headline:  FBI, IRS raid Pilot Flying J HQs; company 'cooperating fully'**
   *Text:  KNOXVILLE — The FBI and IRS locked down Pilot Flying J headquarters in West Knoxville today while executing a search warrant.  FBI Supervisory Special Agent Marshall Stone said that FBI and IRS agents arrived at the corporate headquarters on Lonas Road this afternoon as part of a "ongoing investigation." Stone declined to provide specifics of the raid*

2. April 15, 2013
   **Headline:  Pilot Flying J success story five decades in the making**
   *Text:  The corporation, whose Lonas Road-headquarters was locked down by the FBI this afternoon, started with a series of gas stations founded by Jim Haslam in the late 1950s and became one of the largest private companies in the country*

3. April 15, 2013
   **Headline:  FBI, IRS search Pilot Flying J**
   *Text:  Dozens of FBI and Internal Revenue Service agents on Monday raided the West Knoxville headquarters of Pilot Flying J, operator of the largest travel center network in North America, while executing a search warrant*

4. April 15, 2013
   **Headline:  FBI locks down Pilot Flying J HQs**
   *Text:  The FBI has Pilot Flying J headquarters on lockdown Monday afternoon*

5. April 16, 2013
   **Headline:  Unpaid rebates focus of Pilot investigation**
   *Text:  Claims of unpaid fuel rebates apparently led to Monday's raid on the West Knoxville headquarters of Pilot Flying J as part of a federal criminal investigation, the company's CEO said*

6. April 16, 2013
   **Headline:  Gov. Bill Haslam doesn't know, not seeking details of Pilot Flying J raid**
   *Text:  Gov. Bill Haslam said he knows little about a raid on Pilot Flying J headquarters in Knoxville and has "faith and confidence" in his brother's ability to deal with the situation as CEO of the company*

7. April 16, 2013
   **Headline:  Pilot Flying J CEO Jimmy Haslam sends message to employees after FBI, IRS raid**
   *Text:  Pilot Flying J CEO Jimmy Haslam has reached out to his 30,000 employees, urging them to "believe and trust" that the Knoxville-based company has done no wrong amid an ongoing federal investigation*

8. April 16, 2013
   **Headline:  Pilot Flying J CEO Jimmy Haslam:  Raid part of criminal investigation into rebates to trucking customers**
   *Text:  Pilot Flying J CEO Jimmy Haslam said today the raid Monday on his company was part of a federal criminal investigation into claims of failure to pay rebates to trucking customers*

9. April 16, 2013
   **Headline:  Pilot rebates provide customer discounts**
   *Text:  Pilot Flying J, the largest operator of travel centers in North America, uses a rebate program to provide discounts to trucking companies that buy their fuel from the Knoxville-based company.*

*It's these rebates that appear to be the focus of an ongoing criminal investigation that resulted in the lockdown of Pilot Flying J's corporate headquarters by federal agents*

10. April 16, 2013
    **Headline:  Knoxville business leaders surprised by Pilot lockdown**
    *Text:  As news of the federal raid on Pilot Flying J corporate headquarters filtered through the Knoxville business community Monday, most of those contacted said they were shocked and didn't know how to react*

11. April 16, 2013
    **Headline:  Jimmy Haslam press conference addresses Pilot Flying J investigation**
    *Text:   Pilot Flying J CEO Jimmy Haslam said today the raid Monday on his company was part of a federal criminal investigation into claims of failure to pay rebates to trucking customers. 'It does not involve any tax issues,' he said*

12. April 16, 2013
    **Headline:  Cleveland Browns owner Jimmy Haslam says he doesn't want blemish on Cleveland, team**
    *Text:  Cleveland Browns owner Jimmy Haslam addressed the media about the search warrants executed at Pilot Flying J the past two days*

13. April 16, 2013
    **Headline:  Covering the Pilot Flying J story: Day 2**
    *Text:  Second warrant issued in Pilot Flying J lockdown*

14. April 16, 2013
    **Headline:  Pilot Flying J FAQ**
    Text:  *A spokeswoman for Pilot Flying J released a statement this afternoon answering a list of questions the company has received since agents from the FBI and IRS raided the company headquarters on Monday*

15. April 17, 2013
    **Headline:  Ongoing coverage of the Pilot Flying J investigation from around the country**
    *Text:  Claims of unpaid fuel rebates apparently led to Monday's raid on the West Knoxville headquarters of Pilot Flying J as part of a federal criminal investigation, the company's CEO Jimmy Haslam said Tuesday*

16. April 17, 2013
    **Headline:  Feds:  Four separate search warrants served on Pilot Flying J**
    *Text:  Federal prosecutors gave a few new details today on this week's search of Pilot Flying J headquarters but still won't say what the investigation's about or where it's headed*

17. April 17, 2013
    **Headline:  Pilot story draws interest from Cleveland media**
    *Text:  The investigation of Pilot Flying J is being closely followed in Cleveland because of Pilot CEO Jimmy Haslam is owner of the NFL Cleveland Browns and has become active in the community*

18. April 17, 2013
    **Headline:  Customers react to Pilot Flying J probe**
    *Text:  Customers at the Flying J truck stop in Knoxville react to investigation over fuel rebate cards*

19. April 18, 2013
    **Headline:  Rebates give Pilot major competitive edge**
    *Text:  Fuel rebates may have gotten Pilot Flying J into trouble with the federal government, but they represent a major edge over smaller competitors, say executives with independent truck stop operators*

20. April 18, 2013
**Headline:  'Liar's poker': Explaining the rebate scheme in Pilot officials' own words**
*Text:  Welcome to the gray side. That's how Pilot Flying J's top sales officials explained rebate deals to each other and how they justified promising a customer one price and charging another, according to transcripts of secretly recorded conversations unsealed by federal officials Thursday*

21. April 18, 2013
**Headline:  Reaction to unsealed documents in Pilot Flying J investigation**
*Text:  Authorities unsealed documents relating to the federal investigation of Pilot Flying J late Thursday afternoon. The following is a glimpse of the discussion on social media following the publication of the documents online*

22. April 18, 2013
**Headline:  NewsNet5: Knoxville Browns Backers support Flying J and Jimmy Haslam despite FBI investigation**
*Text:  Browns Backers in Tennessee were surprised learn about the ongoing FBI investigation at Pilot Flying J headquarters in Knoxville, but aren't concerned the probe will have any impact on CEO and Browns owner Jimmy Haslam*

23. April 18, 2013
**Headline:  FBI:  Pilot engaged in fraud, Haslam knew of scheme**
*Text:  Government alleges multi-million dollar fraud, based in part on recordings made by insider informant*

24. April 18, 2013
**Headline:  Feds:  Top Pilot officials aware of rebate fraud**
*Text:  Federal officials have unsealed search warrants used in raid on Pilot Flying J headquarters*

25. April 18, 2013
**Headline:  Feds:  Top Pilot officials aware of rebate fraud**
*Text:  A confidential informant working with federal agents has alleged that a rebate fraud scheme at Pilot Flying J occurred with the knowledge of top executives, including CEO Jimmy Haslam*

26. April 18, 2013
**Headline:  Chronology of Pilot Flying J investigation**
*Text:  The raids carried out at Pilot Flying J were culmination of a nearly two-year investigation*

27. April 18, 2013
**Headline:  Three private homes raided under Pilot warrant**
*Text:  Three private home offices belonging to key people named by FBI were included under a warrant in connection to the Pilot Flying J fraud allegations*

28. April 18, 2013
**Headline:  Documents in the Pilot Flying J investigation**
*Text:  On the afternoon of Monday, April 15, 2013, the FBI and IRS searched the Knoxville headquarters of Pilot Flying J.  Documents lay out federal authorities' case for the search, based on claims of rebate fraud*

29. April 18, 2013
**Headline:  Fed's Pilot investigation could be lengthy**
*Text:  WASHINGTON — Federal criminal investigations like the one that led to Monday's raid on the Pilot Flying J headquarters in West Knoxville often involve complicated financial matters that can sometimes take years to untangle, experts say*

30. April 19, 2013

**Headline: Trucking companies reeling from Pilot Flying J fraud allegations**

*Text: Allegations that Pilot Flying J has engaged in fraud with its fuel rebate program has been a jolt to some of the company's customers named in FBI documents*

31. <u>April 19, 2013</u>

**Headline: Dee Haslam says husband 'hasn't done anything wrong'**

*Text: Government affidavit said Pilot Flying J CEO, Jimmy Haslam, knew about alleged fraud at the company; but the executive's wife came to his defense*

32. <u>April 19, 2013</u>

**Headline: Report: Ex-Pilot CEO saw no red flags**

*Text: Former PepsiCo president who briefly took CEO job at Pilot told the* WALL STREET JOURNAL *he saw no red flags during his executive stint at company*

33. <u>April 19, 2013</u>

**Headline: CEO Jimmy Haslam: Pilot 'run the right way'**

*Text: Pilot Flying J CEO Jimmy Haslam denied personal wrongdoing and said his company is run the right way*

34. <u>April 19, 2013</u>

**Headline: Haslam to stay Pilot CEO**

*Text: Pilot Flying J CEO Jimmy Haslam said today he will continue as CEO of Pilot. Announcement comes as Pilot faces intense pressure in connection with a criminal investigation*

35. <u>April 19, 2013</u>

**Headline: Pilot hires Nashville defense attorney**

*Text: In the wake of a federal raid and criminal investigation, Pilot Flying J has retained prominent white-collar defense attorney, Aubrey Harwell, Jr., of Nashville*

36. <u>April 20, 2013</u>

**Headline: Georgia company asks for class action lawsuit against Pilot Flying J**

*Text: Five days after federal authorities raided Pilot Flying J headquarters on Lonas Road, a Georgia trucking company on Saturday became the first client to file a lawsuit based on the allegations in the criminal probe*

37. <u>April 20, 2013</u>

**Headline: North Georgia trucking company files first suit against Pilot**

*Text: Atlantic Coast Carriers Inc., of Hazelhurst, Ga., filed suit today in Knox County Circuit Court against the Pilot Corp*

38. <u>April 21, 2013</u>

**Headline: Pilot Flying J fraud allegations put Haslam family's reputation on the line**

*Text: As recently as a week ago, Jimmy Haslam III appeared at the top of his game*

39. <u>April 22, 2013</u>

**Headline: Box by box, Pilot Flying J records shed more light on rebate-fraud probe**

*Text: Federal authorities filed another inventory of records seized. Court records indicate more than 20 evidence boxes with more on the way*

40. <u>April 22, 2013</u>

**Headline: NFL said to be 'very, very concerned' about Haslam**

*Text: The National Football League is "very concerned" about investigation into Pilot Flying J and CEO Jimmy Haslam, who also owns the Cleveland Browns*

41. <u>April 22, 2013</u>

**Headline: Haslam places some sales employees on leave**

*Text: Pilot Flying J CEO Jimmy Haslam said Monday that several members of the company's direct sales team have been put on indefinite administrative leave following last week's FBI raid of corporate headquarters*

42. <u>April 23, 2013</u>

**Headline: Pilot puts sales employees on leave; eliminates manual rebate system**

*Text: A week after federal agents raided his fuel business, Pilot Flying J CEO Jimmy Haslam on Monday announced that several sales employees have been placed on leave, one of a series of actions aimed at addressing the developing scandal*

43. April 23, 2013
    **Headline: Pilot credit rating under review**
    *Text: Pilot Flying J is scrambling to contain the business fallout from a federal investigation, but the scandal might also impact its credit rating*

44. April 24, 2013
    **Headline: 'Absolutely outrageous': Pilot Flying J denies witness –tampering claims of Georgia lawyer**
    *Text: Pilot Flying J attorney Aubrey Harwell Jr. This afternoon blasted accusations of witness tampering against CEO Jimmy Haslam, saying Haslam wants only "to do the right thing."*

45. April 24, 2013
    **Headline: NFL Commissioner Roger Goodell meets with Browns owner Jimmy Haslam about federal investigation**
    *Text: AKRON, Ohio - NFL Commissioner Roger Goodell told reporters he met with Browns owner Jimmy Haslam on Tuesday about the federal investigation into the Tennessee billionaire's family business, Pilot Flying J*

46. April 24, 2013
    **Headline: Embattled Pilot sales exec gave to Gov. Haslam campaign**
    *Text: The Pilot Flying J sales executive at the center of the ongoing federal fraud investigation combined with his wife to contribute $12,000 to the campaign of Gov. Bill Haslam in recent years*

47. April 25, 2013
    **Headline: Trucking company files for restraining order against Pilot Flying J, accuses Haslam of obstructing justice**
    *Text: The trucking company suing Pilot Flying J accused CEO Jimmy Haslam of obstructing justice and buying off cheated customers in a motion for a restraining order filed today*

48. April 25, 2013
    **Headline: Judge could rule Monday on restraining order sought against Pilot**
    *Text: A judge could decide Monday whether Haslam and his company crossed a legal line from making amends to witness-tampering by offering to pay up the difference to any trucking companies shorted on fuel rebates*

49. April 25, 2013
    **Headline: Pilot Flying J denies claim of witness tampering**
    *Text: Georgia trucking company lawyer accused Haslam of witness tampering as the fallout from a federal fuel-rebate fraud probe continues*

50. April 26, 2013
    **Headline: More lawsuits filed against Pilot Flying J**
    *Text: Two new class action suits have been filed in federal courts in Alabama and Arkansas against Pilot Flying J, both citing an affidavit from an FBI agent justifying the highly publicized April 15 raid on the travel center's Knoxville headquarters*

51. April 26, 2013
    **Headline: Pilot Flying J chief executive reaches out to customers regarding FBI raid**
    *Text: Pilot Flying J CEO Jimmy Haslam has sent the following letter to the company's fuel customers. The letter is in response to the FBI investigation of the company's alleged fuel rebate fraud*

52. April 26, 2013
    **Headline: Attorney: 'Haslam scheme' took money from small trucking companies**
    *Text: The attorney for the Georgia trucking company suing Pilot Flying J over fuel payments is talking tough*

53. April 27, 2013
   **Headline:  Pilot president also under scrutiny**
   *Text:  WEWS phone interview with Pilot Flying J attorney.  Haslam addresses media after documents unsealed in FBI investigation.  Confidential informant told FBI that rebate fraud had occurred with the knowledge of Haslam and Pilot President Mark Hazelwood.*

54. April 27, 2013
   **Headline:  Shadowy figures – one a mole – were key to federal raid on Pilot Flying J**
   *Text:  WEWS-TV interview with Pilot Flying J attorney.  Jimmy Haslam addresses media after documents unsealed in FBI investigation*

55. April 28, 2013
   **Headline:  Pilot Flying J legal drama unfurls**
   *Text:  WEWS interviews trucking company attorney Mark Tate*

56. April 29, 2013
   **Headline:  Judge may decide today if Pilot Flying J crossed legal line in contacting fuel customers**
   *Text:  WEWS interviews trucking company attorney Mark Tate.  WEWS phone interview with Pilot Flying J attorney Aubrey Harwell Jr.*

57. April 29, 2013
   **Headline:  Pilot not barred from talking to trucking companies**
   *Text:  A Knox County judge rejected a bid to silence Pilot CEO Jimmy Haslam in the wake of a federal probe into an alleged fuel rebate rip-off scheme*

58. April 29, 2013
   **Headline:  Judge denies motion to bar Pilot Flying J from contacting fuel customers**
   *Text:  Knox County Circuit Court Judge Harold Wimberly today denied a motion by Atlantic Coast Carriers Inc. for a restraining order barring Pilot CEO Jimmy Haslam from reaching out to other trucking customers impacted by the rebate scandal*

59. April 29, 2013
   **Headline:  Equity firm stands by its investment in Pilot Flying J**
   *Text:  Jimmy Haslam addresses media after documents unsealed in FBI investigation*

60. April 30, 2013
   **Headline:  Another class-action suit filed against Pilot**
   *Text:  Another class-action lawsuit has been filed in connection with the federal investigation into Pilot Flying J*

61. May 1, 2013
   **Headline:  Pilot Flying J names Reid Weingarten as special independent counsel**
   *Text:  Pilot's board of directors announced the appointment of Reid Weingarten to investigate accusations of fuel rebate fraud of trucking company customers*

62. May 7, 2013
   **Headline:  Pilot Flying J CEO Jimmy Haslam says he has 'called hundreds of trucking companies'**
   *Text:  Cleveland Browns owner Jimmy Haslam spoke out Tuesday evening about events surrounding the federal probe into his Knoxville company*

63. May 8, 2013
   **Headline:  Truck stop competitor isn't seeing 'knee jerk' reaction to Pilot probe**
   *Text:  WEWS interviews trucking company attorney Mark Tate*

64. May 9, 2013

**Headline: Jimmy Haslam to address trucking executives at seminar in Indianapolis on May 16**

*Text: Jimmy Haslam, CEO of embattled Pilot Flying J, will speak to trucking executives. Pilot has been battered by federal allegations that certain employees for years had conspired to engage in rebate fraud*

65. May 14, 2013

**Headline: Sixth lawsuit filed in Pilot Flying J fuel-rebate probe**

*Text: The lawsuit filed by Osborn Transportation of Gadsden, AL, marks the sixth such case since federal agents raided Pilot's corporate headquarters in Knoxville last month*

66. May 15, 2013

**Headline: Pilot CEO to answer trucking execs questions**

*Text: Jimmy Haslam will take questions from trucking executives from around the country today, one month after the federal raid on his company's Knoxville headquarters and in the midst of more than a half-dozen lawsuits filed by trucking companies*

67. May 15, 2013

**Headline: Former FBI Director Louis Freeh to represent truckers cheated in Pilot Flying J rebate scandal**

*Text: NewsChannel5 has learned that former FBI director Louis Freeh has been hired to investigate the Knoxville company operated by Cleveland Browns owner Jimmy Haslam*

68. May 16, 2013

**Headline: Updated with video: Pilot Flying J CEO Jimmy Haslam tells trucking industry leaders he knew nothing about fuel-rebate fraud**

*Text: Pilot Flying J CEO Jimmy Haslam told trucking industry leaders that he knew nothing about nor did he participate in an alleged fuel-rebate fraud. A month ago, FBI and IRS agents executed search warrants to seize files and records*

69. May 17, 2013

**Headline: New lawsuit filed in Pilot Flying J probe**

*Text: A new lawsuit has been filed against Pilot J, a little more than a month into a continuing federal probe of rebate-fraud accusations. The federal lawsuit filed by Jerry Floyd in the Northern District of Florida seeks class-action status*

70. May 28, 2013

**Headline: New lawsuit filed in Pilot Flying J probe**

*Text: The latest lawsuit, filed by trucking customer Mike Campbell of Holmes County, MS, seeks class-action status*

71. May 29, 2013

**Headline: Pilot says court statements disappointing, but not surprising**

*Text: A Pilot Flying J spokesman said that the company was disappointed, but not surprised, in the wake of plea agreements entered by two of its employees*

72. May 29, 2013

**Headline: Pilot Flying J probe lifts hopes of dwindling rivals**

*Text: When Pilot moved to buy out its largest truck stop rival, a small group of independent operators pleaded with the Federal Trade Commission to block the deal. Now, four years later, with Pilot caught in the swirl of a federal criminal investigation, the leaders of a dwindling band of independents are holding out hope*

73. May 30, 2013

**Headline: 2 Pilot employees plead to federal fraud charges**

*Text: The longer a defendant tarries in talking, the less likely he or she is to be of any value to the U. S. Attorney's office. First Pilot employees plead guilty*

74. May 30, 2013

**Headline: Pilot mum on Ralenkotter, Judd**

*Text: Arnie Ralenkotter and Ashley Judd have admitted they conspired to defraud customers of Pilot Flying J, but the company isn't willing to publicly sever ties with them*

75. May 30, 2013
**Headline: Guilty pleas in Pilot investigation may lead to new targets**
*Text: Criminal defense experts said that the pleas from Ralenkotter and Judd indicate that the government is eyeing bigger targets*

76. May 31, 2013
**Headline: Ohio firm files suit charging fraud by Pilot Flying J**
*Text: An Ohio firm has filed a class-action lawsuit charging that it was defrauded by Pilot Flying J since at least 2005 in a scheme in which promised rebates were cut by millions of dollars*

77. May 31, 2013
**Headline: Pilot Flying J faces another suit from Alabama trucker**
*Text: An Alabama trucking company has joined about a dozen other transportation firms and filed suit against Pilot Flying J charging that the Knoxville-based travel center firm failed to live up to agreements on its rebate program*

78. June 2, 2013
**Headline: Plea agreement in Pilot case indicates prosecutors have star witness**
*Text: Language in the plea deal unsealed last week in the ongoing probe of a rebate rip-off conspiracy at Pilot Flying J suggests prosecutors are positioning Judd to be a star witness. Judd pleaded guilty in U. S. District Court to conspiracy to commit mail fraud*

79. June 3, 2013
**Headline: Pilot Flying J director overseeing fraud probe had own fraud woes while CEO of Saks**
*Text: Questions raised about Pilot Flying J board member, R. Brad Martin, who is heading internal investigation of fuel rebate payments. While Martin headed Saks Inc., a Securities and Exchange Commission fraud investigation found the company wrongly kept millions owed to suppliers; an allegation very similar to the shortchanged fuel rebate payments now alleged at Pilot by federal authorities*

80. June 3, 2013
**Headline: New lawsuit filed in Pilot Flying J probe**
*Text: Paul Otto, an independent truck owner and operator for W. N. Morehouse Trucking in Omaha, NE, filed the federal lawsuit Friday in Tennessee's Middle District in Nashville. The lawsuit, like most filed so far, seeks class-action status*

81. June 5, 2013
**Headline: Exclusive: Pilot Flying J investigation highlights plane deal**
*Text: An affidavit that led to a federal raid indicates that Pilot was forced to buy a private airplane after one of its customers discovered it was being shorted on fuel rebates*

82. June 11, 2013
**Headline: New lawsuit filed against Pilot Flying J in federal fraud probe**
*Text: Pilot Flying J faces another federal lawsuit, this one filed by an Alabama trucking company, as a federal fraud probe continues*

83. June 11, 2013
**Headline: Kentucky report sheds light on Pilot Flying J ownership**
*Text: In the wake of a government investigation, Pilot has been tight-lipped about even the most basic information about the company. Pilot's headquarters were raided by FBI and Internal Revenue Service agents in connection with an investigation into allegations of rebate fraud aimed at unsophisticated trucking companies*

84. June 12, 2013
**Headline: CVC exec signed document for Pilot plane**

*Text: Executive with the European private equity firm that holds a stake in Pilot Flying J signed a registration application for an airplane that has drawn scrutiny of federal agents. Pilot is facing a government investigation related to allegations of fuel rebate fraud*

85. June 18, 2013
**Headline: Pilot Flying J guilty pleas: Radford, Stinnett, Clark admit to mail fraud counts**
*Text: Three former Pilot Flying J employees pleaded guilty today in federal court to taking part in a conspiracy to defraud customers out of diesel fuel rebates*

86. June 18, 2013
**Headline: Three more Pilot Flying J employees plead guilty**
*Text: All three Pilot Flying J employees pleaded guilty Tuesday to federal charges of conspiracy to commit mail fraud — bringing to five the total of Pilot workers who have admitted to helping cheat trucking customers out of promised fuel discounts and rebates*

87. June 18, 2013
**Headline: Online extra: Kevin Clark affidavit conversation**
*Text: On November 28, 2012, CHS-2 engaged in a consensually recorded conversation with Pilot Regional Sales Manager Kevin Clark regarding rebate fraud and discount fraud*

88. Jun 18, 2013
**Headline: Online extra: Jay Stinnett affidavit conversation**
*Text: Editor's note: The following text comes from pages 83-84 of the affidavit filed against Pilot Flying J. Please note the text contains expletives*

89. June 24, 2013
**Headline: Miss. Firm files suit against Pilot**
*Text: Industrial & Crane Services, based in Pascagoula, filed the suit in U.S. District Court for the Southern District of Mississippi. The suit cited an FBI affidavit which was released in the wake of an April 15 raid on Pilot's Knoxville headquarters. Since then, five employees have pleaded guilty to criminal charges in connection with a scheme to defraud customers out of diesel fuel rebates*

90. July 5, 2013
**Headline: Two more suits filed against Pilot**
*Text: Two more lawsuits have been filed against Pilot Flying J.*
*R&R Transportation, a trucking company based in Audubon, Minn., filed a suit in U.S. District Court in that state, alleging that Pilot and several of its executives had committed fraud against R&R in connection with rebates owed to the company, and had engaged in racketeering activity*

91. July 10, 2013
**Headline: New lawsuit filed in Pilot Flying J probe**
*Text: Pilot Flying J faces another class-action lawsuit, this time from a New Hampshire trucker in the wake of the continuing federal rebate-fraud probe*

92. July 11, 2013
**Headline: Pilot Flying J faces new lawsuit**
*Text: A new proposed class-action lawsuit takes aim at Pilot Flying J, this one filed by an Alabama trucking company over the continuing federal rebate-fraud probe*

93. July 12, 2013
**Headline: Report: Federal grand jury investigating Pilot**
*Text: Grand jury has been hearing testimony from witnesses connected to the alleged fraud that first surfaced publicly following the April 15 raid at Pilot's Knoxville headquarters*

94. July 15, 2013
**Headline: Pilot Flying J names new VP of sales in wake of fuel-rebate investigation**
*Text: A top executive at Pilot who has been linked to a fuel-rebate fraud scandal has been replaced*

95. July 16, 2013

**Headline:  Judge OKs Pilot Flying J, truckers agreement on fuel rebate fraud lawsuits**
*Text:  A federal judge has granted preliminary approval to a proposed settlement agreement between Pilot Flying J and several trucking companies that had sued over allegations of fuel rebate fraud*

96. July 16, 2013
**Headline:  Professor says Pilot's 100 percent payback offer 'pretty darn good'**
*Text:  Moving aggressively to head off a mounting tide of civil lawsuits, Pilot Flying J has reached a settlement with several trucking companies that have sued over allegations of fuel-rebate fraud*

97. July 17, 2013
**Headline:  Pilot deal draws fire from attorneys**
*Text:  Pilot Flying J may have reached a civil settlement with several of its customers, but not everyone is impressed with the deal*

98. July 18, 2013
**Headline:  Ga lawyer seeks to depose Haslam, Hazelwood of Pilot Flying J**
*Text:  A Georgia attorney wants the chance to get answers from top executives at Pilot Flying J*

99. July 19, 2013
**Headline:  Pilot settlement includes unorthodox participant**
*Text:  National Trucking Financial Reclamation Services was one of the first plaintiffs to sue Pilot Flying J in the wake of a federal investigation of fuel-rebate fraud*

100. July 22, 2013
**Headline:  Pilot Flying J seeks to quash deposition request**
*Text:  A Georgia attorney's bid to take depositions from Pilot Flying J's top executives is "entirely premature and improper," according to a motion filed by the company late Friday*

101. July 24, 2013
**Headline:  Attorneys: Pilot Flying J fraud claims could date back three more years**
*Text:  A proposed update to last week's settlement of more than a dozen lawsuits against Pilot Flying J would push the date of diesel rebate shortfalls back by more than three years, court records filed today show*

102. July 24, 2013
**Headline:  Website gives insight into proposed Pilot Flying J settlement**
*Text:  A new website has been created that gives details about a proposed settlement between Pilot Flying J and a group of plaintiffs who have sued the company over rebate fraud allegations*

103. July 25, 2013
**Headline:  Claims against Pilot will go back to 2005 under settlement agreement**
*Text:  An update to last week's settlement of more than a dozen lawsuits against Pilot Flying J pushes the date of diesel-rebate shortfalls back by more than three years, court records filed Wednesday show*

104. July 25, 2013
**Headline:  Panel of federal judges weighs Pilot venue question**
*Text:  PORTLAND, Maine — A panel of federal judges issued no rulings on Thursday in a fight over lawsuits filed against Pilot Flying J, but it appeared sympathetic to the company's arguments*

105. July 25, 2013
**Headline:  Federal panel ponders what to do about multiple federal suits against Pilot Flying J**

*Text: PORTLAND, Maine — A panel of seven federal judges appeared sympathetic today to arguments made by Pilot Flying J and a group of plaintiffs with whom it has reached a civil settlement*

106. July 25, 2013
**Headline:  Pilot launches website devoted to rebate issue**
*Text:  Facing questions related to a rebate-fraud scandal, Pilot Flying J has launched an online PR offensive*

107. July 26, 2013
**Headline:  Law group's new website targets Pilot Flying J**
*Text:  A Georgia law firm has entered the online fray when it comes to the rebate scandal involving Pilot Flying J*

108. July 27, 2013
**Headline:  New website aims criticism at Pilot**
*Text:  The Knoxville-based chain of truck stops on Thursday created a new website that, among other things, provides details of a preliminary settlement between Pilot and several trucking firms that have accused it of rebate fraud*

109. July 29, 2013
**Headline:  Former Pilot regional sales manager, account manager plead guilty in federal court**
*Text:  Seven ex-Pilot employees so far admit to federal charges of rebate fraud – all with the promise to cooperate in future prosecutions*

110. August 3, 2013
**Headline:  Experts: Racketeering charges not likely in Pilot case**
Text:  Lawyers both inside and outside the Pilot Flying J fuel rebate criminal probe agree: Charges against upper-echelon employees are coming, but racketeering likely won't be on the list

111. August 3, 2013
**Headline:  Experts:  Criminal case against Pilot executives not very complicated**
*Text:  "I wouldn't think they would make it very complicated," said veteran defense attorney James A. H. Bell of prosecutors in the U. S. attorney's office*

112. August 3, 2013
**Headline:  Freeman on hot seat in Pilot investigation**
*Text:  In the pages of an FBI affidavit, Pilot Flying J executive John Freeman is portrayed as a foul-mouthed executive who defrauded customers*

113. August 5, 2013
**Headline:  Jim Haslam would take over Cleveland Browns if son forced out**
*Text:  A trade publication reported Monday that James A. " Jim" Haslam II would take over ownership of the Cleveland Browns if his son, Jimmy Haslam, were forced to step aside. Sports Business Journal, which is part of Advance Publications, said the contingency plan was developed in the wake of a government raid on Pilot Flying J*

114. August 8, 2013
**Headline:  Federal panel rules for Pilot Flying J in lawsuits consolidation request**
*Text:  A federal judicial panel has ruled in favor Pilot Flying J in a case where several plaintiffs had sought to consolidate lawsuits against the company*

115. August 9, 2013
**Headline:  Federal panel rules for Pilot Flying J; company shuffles sales team**
*Text:  Pilot Flying J won a round in court Thursday, as a federal panel sided with the company regarding the consolidation of civil lawsuits.  Plaintiffs were pushing to consolidate the cases in a different location*

116. August 9, 2013

**Headline: Bruce Pearl's attorney representing Jacquelyn Pearl in Pilot Flying J case**
*Text: Steven Thompson, of Ungaretti & Harris, confirmed Friday that he represents Jacquelyn Pearl. Pilot is facing a federal investigation in connection with allegations of fuel rebate fraud*

117. August 13, 2013
**Headline: Two new lawsuits filed against Pilot**
*Text: National Retail Transportation Inc. and Keystone Freight Corp., based in Bergen County, N. J., sued the Knoxville-based chain of truck stops*


118. August 22, 2013
**Headline: Judge sets deadline for Pilot Flying J to respond to lawsuits**
*Text: Lawyers for Pilot Flying J have until the end of the month to respond to a proposed class-action lawsuit filed in Knox County Circuit Court by five trucking companies*

119. August 22, 2013
**Headline: Pilot, competitors make their case in Big D**
*Text: DALLAS -- The legal fight over Pilot Flying J played out in a Knox County courtroom on Thursday, but that doesn't mean the fight for market share was on hold*

120. August 28, 2013
**Headline: Pilot Flying J special report airs Wednesday night**
*Text: WEWS-TV in Cleveland, will air a 30-minute special report tonight on the fuel-rebate fraud investigation into Pilot Flying J*

121. August 30, 2013
**Headline: Pilot Flying J says Atlantic Coast, other plaintiffs were not shorted**
*Text: Pilot Flying J said Friday that four plaintiffs who have sued the company in Knox County Circuit Court were not owed any rebate money*

122. September 5, 2013
**Headline: Pilot Flying J founder: Raid was 'second worst day of my life'**
*Text: The founder of embattled truck-stop chain Pilot Flying J has given his first detailed remarks about the events surrounding a government raid of the Knoxville-based company*

123. September 10, 2013
**Headline: Judge surprised at Pilot contention that it owes nothing to some Knox plaintiffs**
*Text: At a hearing on Tuesday, attorneys for Pilot and several plaintiffs met before Knox County Circuit Court Judge Harold Wimberly. Wimberly said he was surprised by Pilot's allegation that four specific plaintiffs in the case are not actually owed any money*

124. September 14, 2013
**Headline: Pilot Flying J case draws legal firepower**
*Text: Don Barrett is a Mississippi trial lawyer who made his reputation in the tobacco lawsuits of the 1990's. After federal agents raided the headquarters of Pilot Flying J on April 15, seeking evidence of fuel rebate fraud, it didn't take long for Barrett to be approached about making a case against the company*

125. September 14, 2013
**Headline: Who's who lines both benches in Pilot case**
*Text: It's too soon to predict the outcome of a federal investigation into Pilot Flying J, but one thing is clear: The case has attracted a battalion of lawyers, including some with a national reputation, and promises to generate a massive amount of billable hours*

126. September 16, 2013
**Headline: No sentencing dates yet in Pilot criminal cases**
*Text: Seven former Pilot employees who confessed roles in a fuel rebate fraud scheme are in legal limbo as the probe of the company continues*

127. September 19, 2013

**Headline:  Lawyers for Pilot Flying J, trucking companies to trade documents in fuel rebate lawsuit**
*Text:  A deal to trade paperwork may be getting close in a lawsuit involving Pilot Flying J.*

128.  September 30, 2013
**Headline:  Haslam updates actions Pilot has taken since federal raid**
*Text:  Haslam said Monday that the company had expanded its internal audit to include almost 7,000 trucking customers during an eight and half year period*

129.  October 9, 2013
**Headline:  Lawsuit alleges Pilot Flying J sales manager in Ohio on leave**
*Text:  A new lawsuit filed against Pilot alleges that one of the company's regional sales managers was recently placed on leave.  The suit alleges that Pilot secretly withheld diesel fuel discounts that it had agreed to provide and it cites allegations made in a federal affidavit that was released as part of a criminal probe of the company*

130.  October 14, 2013
**Headline:  Illinois firm joins lawsuit against Pilot Flying J**
*Text:  A new lawsuit alleges that the president of Pilot Flying J told an Illinois trucking company that Pilot could not help it with any rebate discrepancies after the company said its fuel deal wasn't in writing*

131.  October 29, 2013
**Headline:  Pilot Flying J pushes back on RICO allegations**
*Text:  Pilot Flying J is pushing back against claims that an alleged fraud scheme at the company constitutes a violation of federal racketeering laws*

132.  November 5, 2013
**Headline:  Haslam, Pilot Flying J deal hits $72 million in settlement costs over alleged fuel rebate fraud**
*Text:  Pilot Flying J CEO Jimmy Haslam's Knoxville-based company is expected to spend $72 million to settle a federal class action lawsuit over alleged fuel rebate fraud*

133.  November 15, 2013
**Headline:  Attorney takes issue with Pilot Flying J reimbursement**
*Text:  A plaintiff's attorney is crying foul after Pilot Flying J reimbursed his client for an apparent rebate discrepancy, and added only 4 percent interest to the total.  The Knoxville-based truck stop chain is facing a slew of civil lawsuits in connection with a federal investigation into alleged diesel fuel rebate fraud*

134.  November 22, 2013
**Headline:  Judge seals Pilot filings**
*Text:  Acting swiftly on a request from lawyers for Pilot Flying J, a federal judge has agreed to keep secret a list of trucking companies that have opted out of a proposed $72 million settlement of diesel fuel rebate charges with the Knoxville company accused of cheating them*

135.  November 24, 2013
**Headline:  Little drama expected at Pilot Flying J hearing in Arkansas**
*Text:  The argument will be one-sided on Monday morning, when a federal judge weighs a settlement between Pilot Flying J and trucking companies that were shorted on diesel fuel rebates*

136.  November 25, 2013
**Headline:  Updated with video:  Federal judge approves Pilot Flying J settlement around $84.9 million**
*Text:  A federal judge in Arkansas on Monday approved a proposed settlement between Pilot Flying J and trucking companies that have sued over allegations of diesel fuel rebate fraud*

137.  November 26, 2013

**Headline:  Judge approves Pilot Flying J settlement**
*Text:  U. S. District Judge James M. Moody gave final approval to a nearly $85 million settlement between Pilot and hundreds of trucking companies that allege they were shorted on diesel fuel rebates*

138.   November 27, 2013
**Headline:  Pilot Flying J seeks to dismiss lawsuits in Knox County**
*Text:  Fresh off a settlement victory in federal court, Pilot Flying J has moved to head off litigation moving forward in Knox County*


139.   December 18, 2013
**Headline:  Pilot seeks to consolidate pre-trial actions in federal suits**
*Text:  With federal lawsuits pending in multiple states over allegations of fuel rebate fraud, Pilot Flying J has filed a motion seeking to consolidate pretrial proceedings in the cases to East Tennessee.  The controversy erupted in April, after federal officials raided Pilot's headquarters*

140.   December 28, 2013
**Headline:  Pilot's woes top 2013 list**
*Text:  Travel center operator Pilot Flying J dominated business news in Knoxville this year*

141.   December 30, 2013
**Headline:  Jimmy Haslam admits ongoing criminal probe has been 'a distraction'**
*Text:  Jimmy Haslam admitted in a news conference Monday that an ongoing criminal probe into his Knoxville company "has been a distraction."  Pilot travel centers have been under a federal investigation into alleged fuel rebate fraud*

142.   January 9, 2014
**Headline:  Western Express settles lawsuit against Pilot Flying J**
*Text:  A Nashville trucking firm that said it lost more than $75 million because of Pilot Flying J has settled its lawsuit against the Knoxville-based truck stop chain*

143.   January 13, 2013
**Headline:  Judge rejects racketeering claims in Pilot lawsuit**
*Text:  A federal judge in Alabama has dismissed several claims, including racketeering allegations, that were included in a lawsuit filed against Pilot Flying J*

144.   January 15, 2013
**Headline:  Pilot says rebates are mostly paid back**
*Text:  Pilot Flying J said Wednesday that the vast majority of affected customers have been repaid with interest in connection with a diesel fuel rebate controversy*

145.   January 27, 2014
**Headline:  Pilot exec pleads to fraud**
*Text:  Brian Mosher, 42, pleaded guilty in U. S. District Court to conspiracy to commit wire and mail fraud*

146.   January 27, 2014
**Headline:  Third former Pilot Flying J employee pleads guilty today in federal court**
*Text:  A third former Pilot Flying J sales employee is pleading guilty Monday in federal court to charges stemming from a fuel rebate fraud investigation – the 10th so far since federal agents raided the corporate headquarters last year*

147.   February 2, 2014
**Headline:  Scott McNutt's Snark Bites:  Pilot Flying J providing pre-indictment training to new managers**
*Text:  Three more Pilot managers have pleaded guilty to various federal fraud charges, bringing to 10 the total number of PFJ management guilty pleaders.  With federal indictments becoming the new normal among its management, Pilot is now providing pre-indictment training sessions to its new management hires*

148. March 10, 2014
     **Headline: Pilot Flying J settles lawsuit by Texas trucking company**
     *Text: Pilot Flying J has settled a civil lawsuit filed by a Texas trucking company*

149. March 11, 2014
     **Headline: Pilot Flying J seeks consolidation of civil proceedings**
     *Text: The Knoxville-based truck stop chain is facing several civil lawsuits in connection with allegations of diesel fuel rebate fraud targeting trucking customers*

150. April 8, 2014
     **Headline: Judicial panel orders Pilot rebate suits consolidated**
     *Text: A federal panel has issued a three-page order merging seven pending civil suits charging rebate fraud against truck stop chain Pilot Flying J*

151. April 13, 2014
     **Headline: On raid's anniversary, many Pilot questions still unanswered**
     *Text: It's been nearly a year since federal agents descended on the Lonas Drive headquarters of Pilot Flying J, conducting a raid that would quickly usher in enormous changes at the Knoxville-based truck stop chain*

152. May 19, 2014
     **Headline: Pilot Flying J president no longer employed by company**
     *Text: As a federal investigation into Pilot Flying J continues, the president of the Knoxville-based chain of truck stops and another executive have left the company*

153. May 20, 2014
     **Headline: Source: Three Pilot Flying J executives terminated; two more on leave**
     *Text: More executives at Pilot Flying J have left the company, according to a knowledgeable source close to Pilot*

154. May 30, 2014
     **Headline: Exclusive: Pilot fires John Freeman, Vincent Greco**
     *Text: Two Pilot Flying J executives who drew scrutiny in a federal affidavit were among the employees who were terminated last week*

155. June 23, 2014
     **Headline: Accounting firm backs Pilot Flying J numbers**
     *Text: Pilot Flying J's auditing work in connection with a fuel rebate scandal has gotten an endorsement from a third party. Accounting firm Horne LLP, which was hired to double-check Pilot's number-crunching as part of a class-action settlement, has submitted a report which said the Knoxville-based fuel chain's calculations were accurate*

156. June 28, 2014
     **Headline: Local Pilot lawsuits resolved**
     *Text: Several lawsuits filed against Pilot Flying J in Knox County Circuit Court have been resolved. The suits came in the wake of a criminal investigation into alleged diesel fuel rebate fraud*

157. July 15, 2014
     **Headline: Pilot to pay $92M penalty**
     *Text: Pilot Flying J has reached a deal with federal prosecutors to avoid criminal charges against the company. Pilot must pay $92 million penalty over two years and cooperate with an ongoing criminal investigation into diesel fuel rebate fraud. Federal prosecutors said in a news release that the criminal enforcement agreement, "expressly states that it provides no protection from prosecution to any individual" in connection with the case*

158. July 23, 2014
     **Headline: Judge says discovery must wait in Pilot cases**

*Text: A federal judge has ruled that plaintiffs suing Pilot Flying J over alleged diesel fuel rebate fraud cannot proceed with discovery until Pilot's bid to dismiss the cases is resolved*

159.  July 31, 2014
**Headline: Judge eyes mediator in Pilot case**
*Text: A federal mediator will likely be involved in civil litigation regarding Pilot Flying J*

160.  August 16, 2014
**Headline: Pilot session set for November 19**
*Text: A federal judge has scheduled a settlement conference between Pilot Flying J and plaintiffs who have sued the company over alleged diesel fuel rebate fraud*

161.  September 13, 2014
**Headline: Suit seeks to use deal against Pilot**
*Text: A pair of plaintiffs who sued Pilot Flying J are hoping to use the company's $92 million deal with federal prosecutors against Pilot in ongoing litigation*

162.  September 20, 2014
**Headline: Pilot Flying J seeks dismissal of fraud lawsuits**
*Text: Pilot Flying J has asked a federal judge to dismiss several lawsuits filed against the company, in connection with an alleged diesel fuel rebate scheme*

163.  December 6, 2014
**Headline: Haslam rejects claims**
*Text: The CEO of Pilot Flying J is asking a federal judge to dismiss a lawsuit filed against him by a pair of trucking companies. In November, those companies alleged in a legal filing that Haslam had orchestrated a scheme to defraud them of diesel fuel rebates*

164.  January 29, 2015
**Headline: Feds signal Pilot probe will stretch into summer**
*Text: Federal authorities signaled in a court filing this week the probe into alleged fuel rebate fraud involving Pilot Flying J will stretch into the summer*

165.  March 1, 2015
**Headline: Did 'Dr John' start Pilot probe?**
*Text: During his first career, John S. Verble counseled clients as a marriage and family therapist. In his second career, he counseled them on how to invest their money as a stockbroker for Morgan Stanley*

166.  March 11, 2015
**Headline: No Headline**
*Text: LEXINGTON, Ky. — Three trucking companies have agreed to settle lawsuits alleging Knoxville-based Pilot Flying J cheated them out of fuel rebates, according to WEWS-TV in Cleveland, Ohio*

167.  March 14, 2015
**Headline: Firm claims firing because of 'kickbacks'**
*Text: Morgan Stanley Smith Barney insists it did not fire a former employee for his self-proclaimed role as an FBI informant*

168.  December 16, 2015
**Headline: Broker to appeal in Pilot fraud suit**
*Text: The former Morgan Stanley employee who claimed to be the FBI's informant in the Pilot Flying J fraud case does not qualify for whistleblower protections, a federal judge has ruled*

169.  February 9, 2016
**Headline: Ex-Pilot president, 7 others indicted in diesel fuel rebate fraud**
*Text: After approving an expansion of scheme to defraud small trucking companies of promised diesel fuel rebates, former Pilot Flying J President Mark Hazelwood made a prediction, according to an indictment unsealed Tuesday*

170.  February 9, 2016

**Headline: Ex-Pilot president accused of directing rebate fraud scheme**

*Text: With a planned expansion of an already massive fraud scheme, 2013 was shaping up to be a good year for Mark Hazelwood and an entire Pilot Flying J diesel sales division crew, according to federal court records unsealed Tuesday*

171. February 10, 2016
     **Headline: Guilty pleas**
     *Text: These former employees of Pilot Flying J have pleaded guilty and are awaiting sentencing in U.S. District Court. Holly Radford, who was a regional account representative at Pilot headquarters in Knoxville, admitted to one count of mail fraud. Kevin Clark, who was a regional sales manager in Lee Summit, Mo., admitted to one count of mail fraud. Jay Stinnett, who was a senior regional sales manager at Pilot headquarters in Knoxville, admitted to one count of mail fraud*

172. February 10, 2016
     **Headline: 8 charged with fuel ripoff**
     *Text: With a planned expansion of an already massive fraud scheme, 2013 was shaping up to be a good year for Mark Hazelwood and an entire Pilot Flying J diesel sales division crew according to federal court records unsealed Tuesday*

173. February 10, 2016
     **Headline: Pilot statement on indictment**
     *Text: In response to actions Tuesday by the federal government in its ongoing investigation, Pilot Flying J issued the following statement:*
     *"We're obviously disappointed and saddened by today's events but cannot comment further on any matters which are part of the ongoing investigation. We can say that since this unfortunate episode began, the company has put in place policies and procedures unparalleled in the industry to prevent anything like this from happening again*

174. March 9, 2016
     **Headline: Judge sets trial date in Pilot fraud case**
     *Text: A trial date has been set for the second group of Pilot Flying J employees to be prosecuted in an alleged diesel fuel rebate scam, and federal prosecutors say in court documents that the investigation is not over*

175. May 9, 2016
     **Headline: Pilot CEO agrees to questioning in rebate lawsuit**
     *Text: Jimmy Haslam, CEO of Pilot Flying J and owner of the Cleveland Browns, has agreed to be deposed over ongoing civil lawsuits connected to a rebate fraud scheme carried out by the Haslam family's $33 billion truck stop chain*

176. July 5, 2016
     **Headline: Officers worked at Pilot HQ during probe**
     *Text: Moonlighting Knoxville police officers provided security for Pilot Flying J while federal agents were continuing their investigation of fraud at the company*

*THE TENNESSEAN*

1. <u>April 19, 2013</u>
   **Headline:  Feds:  J Haslam knew of scheme**
   *Text:  According to the affidavit, investigators believed evidence of the alleged scheme was contained in computer equipment used by Jimmy Haslam himself*

2. <u>April 20, 2013</u>
   **Headline:  Truckers outraged at Pilot Flying J**
   *Text:  The affidavit sent shock waves throughout the trucking industry, said Tommy Hodges, owner of Shelbyville-based Titan Transfer Inc. and a former chairman of the American Trucking Association. [...]today, I considered Jimmy Haslam a friend," said Hodges, whose company operates 375 over-the-road trucks*

3. <u>April 20, 2013</u>
   **Headline:  NFL doesn't plan to act on Haslam**
   *Text:  According to an affidavit filed in Knoxville by the FBI, Haslam was aware that members of his Pilot Flying J travel center company's sales force preyed on smaller trucking companies by reducing the amount of rebates they were owed for buying certain amounts of fuel. "First off, an owner is not going to waste time negotiating unless they first check out (a prospective buyer), and then the league checks them out*

4. <u>April 21, 2013</u>
   **Headline:  Haslam reputation on line**
   *Text:  According to conversations secretly recorded by an FBI informant and transcribed in the affidavit, Freeman and other sales managers talked about or were involved with changing discount deals without the customer's knowledge, a practice that was referred to as "managing the discount," "jacking the discount," "manual rebates," "manuel" and "cost-plussing."*

5. <u>April 23, 2013</u>
   **Headline:  Pilot sales staff put on leave**
   *Text:  According to secretly recorded conversations transcribed in the FBI affidavit, sales staffers were manually reducing the rebate that was owed, counting on the companies to not catch the error*

6. <u>April 24, 2013</u>
   **Embattled Pilot sales exec gave to Haslam campaign**
   *Text:  According to the affidavit, Freeman and Mosher would manually reduce rebates due trucking companies who had entered into agreements where they would receive money back based on the volume of fuel they purchased*

7. <u>April 24, 2013</u>
   **Headline:  Affidavit:  Pilot official targeted Hispanics**
   *Text:  A spokesman replied Tuesday: "Pilot Flying J has said it finds much of the language in the affidavit offensive, embarrassing and out of character with the values and ideals of Pilot Flying J.*

*You can include in that statement any language that disparages any customer or individual for any reason."*

8. April 28, 2013

   **Headline: Pilot legal drama unfurls**

   *Text: Nashville attorney Jerry Martin, who recently resigned as the U.S. attorney for the Middle District of Tennessee so he could enter private practice, said Pilot's attorneys now have a head start on investigating and possibly building a defense against the government's case*

9. April 30, 2013

   **Headline: Pilot can talk to truckers**

   *Text: According to the Knoxville News-Sentinel, Wimberly ruled that the Georgia firm lacked proof of its claims that Haslam was tampering with witnesses and said the firm was relying solely on media reports in which Haslam was quoted as saying he was reaching out to trucking customers*

10. May 1, 2013

    **Headline: More suits filed against Pilot Flying J**

    *Text: According to the 21-page complaint filed in Jackson, Bruce Taylor, a Holmes County trucker and the plaintiff, was a Pilot customer since 2005 and had been promised rebates by Pilot*

11. May 3, 2013

    **Headline: Suit names Jimmy Haslam**

    *Text: A Wisconsin trucking firm on Wednesday filed a class-action suit in federal court in Illinois charging Pilot Flying J and its chief executive, Jimmy Haslam III, with racketeering in the wake of a federal probe of rebate skimming*

12. May 16, 2013

    **Headline: Ex-FBI chief joins fight vs. Pilot**

    *Text: The lawsuit against Pilot cites a search warrant affidavit in U.S. District Court in Knoxville last month in which an FBI agent charges top Pilot sales executives deliberately reduced the rebates promised to certain trucking firms to boost their own commissions and company profits*

13. May 18, 2013

    **Headline: Pilot faces another trucker's suit**

    *Text: A North Carolina trucker has filed a class-action lawsuit against Pilot Travel Centers in U.S. District Court in Florida, piggybacking on charges disclosed in an FBI affidavit detailing evidence of a rebate skimming scheme*

14. May 27, 2013

    **Headline: Miss. Trucker files suit vs. Pilot**

    *Text: The suit, like others filed in state and federal courts, bases the charges on an affidavit filed in U.S. District Court in Knoxville following an April 15 raid on Pilot's Knoxville headquarters by FBI and IRS agents*

15. May 30, 2013

    **Headline: 2 Pilot execs plead guilty**

    *Text: "During this training meeting, the defendant, Arnold Ralenkotter, attended a break-out teaching session in which Pilot's national accounts sales director, in furtherance of the conspiracy to commit mail and wire fraud, encouraged and taught Pilot direct sales personnel how to defraud, without detection, some of Pilot's customers who choose to receive their discount in the form of a rebate check," the court filing said*

16. May 31, 2013

**Headline:  Pilot Flying J faces another suit**

*Text:  The suit, originally filed in Butler County Circuit Court but then transferred to U.S. District Court in Montgomery, charges Pilot secretly reduced promised rebates to Shoreline Transportation of Greenville, Ala.*

17.  June 1, 2013

**Headline:  Ohio firm files suit charging Pilot Flying J with fraud**

*Text:  In a 19-page complaint filed Thursday in U.S. District Court in Toledo, lawyers for Ohio Auto Delivery Inc. charged that the company was defrauded by the national truck-stop firm when promised rebates were secretly reduced*


18.  June 4, 2013

**Headline:  Nebraska trucker sues Pilot in Nashville**

*Text:  Like more than a dozen other suits filed throughout the country in state and federal courts, the 22-page complaint cites a 120-page affidavit filed in U.S. District Court in Knoxville after an April 15 raid on Pilot's Knoxville headquarters by FBI and IRS agents*

19.  June 12, 2013

**Headline:  More truckers sue Pilot, Haslam**

*Text:  Besides Haslam, the suit names as defendants Pilot executives John Freeman, Brian Mosher and Mark Hazelwood*

20.  June 19, 2013

**Headline:  3 more at Pilot plead guilty**

*Text:  Three more Pilot Flying J employees pleaded guilty on Tuesday in a scheme to defraud trucking companies out of rebates as a federal investigation continues to unfold into the country's largest truck stop company*

21.  June 21, 2013

**Headline:  Pilot exec:  Senior management knew of scheme**

*Text:  Pilot Flying J executive Jay Stinnett began cooperating with the federal investigation into the nation's largest truck stop chain the same day federal agents raided the company's corporate headquarters, according to a plea agreement recently unsealed*

22.  July 3, 2013

**Headline:  Pilot partner included in new lawsuit**

*Text:  Like the other suits filed in state and federal court across the country, the 37-page complaint cites a 120-page affidavit of an FBI agent filed in U.S. District Court in Knoxville following an April 15 raid by the FBI and IRS on Pilot's Knoxville headquarters*

23.  July 10, 2013

**Headline:  Another trucker files suit vs. Pilot**

*Text:  Woodward's class-action suit, like the 15 others, cites an affidavit filed in federal court in Knoxville by an FBI agent which includes excerpts from secretly taped meetings of Pilot sales staff in which the scheme was discussed in detail*

24.  July 14, 2013

**Headline:  How much will Pilot pay?**

*Text:  Similar claims were made by a federal informant in the 120-page affidavit filed by the U.S. Attorney's Office in April, leading legal experts to believe the federal government could be in position to bring criminal charges against the company itself. [...]excerpts of conversations secretly recorded by the FBI informant indicate that top Pilot executives were aware of the rebate scheme*

25.  July 16, 2013

**Headline:  9 Pilot employees out amid federal probe**

*Text: Six members of Pilot Flying J's sales team have quit or been fired and three others have been placed on administrative leave, including the vice president of sales, whose expletive-laced language is quoted extensively in a recent federal criminal court filing*

26. <u>July 18, 2013</u>
**Headline: Trucking firm lawyer advises clients to reject Pilot settlement**
*Text: A Knoxville attorney for a trucking firm suing Pilot Flying J said he is advising his clients and others not to join a settlement with the truck stop chain that was approved earlier this week by a federal judge*

27. <u>July 30, 2013</u>
**Headline: 2 more Pilot executives plead guilty to scheme**
*Text: According to an FBI affidavit filed in April, Fenwick told an FBI informant that he was cheating truckers out of $70,000-$90,000 a month*

28. <u>August 9, 2013</u>
**Headline: Judicial panel rejects consolidating Pilot lawsuits**
*Text: A panel of federal judges has rejected a request to consolidate multiple lawsuits filed against Pilot Flying J, the travel center chain enmeshed in a federal investigation into charges that it skimmed diesel fuel rebates promised to dozens of truckers across the country*

29. <u>August 11, 2013</u>
**Headline: Being the news unsettles Ingram**
*Text: Recently, Ingram has helped Pilot CEO Jimmy Haslam, the governor's brother, devise a communications strategy as the company deals with a federal investigation into its sales practices*

30. <u>August 14, 2013</u>
**Headline: N. J. Trucking firms file lawsuit against Pilot Flying J**
*Text: Besides Pilot, the defendants named in the suit include Pilot's CEO James A. Haslam, President Mark Hazelwood, sales Vice President John Freeman and seven other Pilot sales staffers, several of whom already have entered guilty pleas to mail and wire fraud charges*

31. <u>August 31, 2013</u>
**Headline: Newest Pilot suit tops $75M**
*Text: According to the suit, Western purchased 90 percent of its fuel from Pilot and paid the truck stop firm more than $1 billion over the eight-year period*

32. <u>August 31, 2013</u>
**Headline: Pilot response claims truckers were overpaid**
*Text: In U.S. District Court in Knoxville, an FBI agent submitted a 120-page affidavit detailing an alleged scheme by Pilot sales executives to reduce the rebates promised to truckers who lacked sophisticated monitoring systems*

33. <u>September 18, 2013</u>
**Headline: Hearings in Pilot fraud case postponed**
*Text: The seven Pilot employees, as part of their plea agreement, have promised to cooperate in a continuing investigation of allegations that rebates earned by trucking companies for diesel fuel purchases were secretly reduced*

34. <u>October 9, 2013</u>
**Headline: Pilot Flying J suit names suspended executive**
*Text: More than 20 other suits have been filed against Pilot since the April 15 raid on the truck stop firm's Knoxville headquarters by FBI agents*

35. <u>October 16, 2013</u>
**Headline: 52 trucking firms opt out of Pilot settlement**
*Text: The suit, like more than two dozen others filed in the past six months, cites an FBI affidavit filed in U.S. District Court in Knoxville detailing a longtime scheme by Pilot sales executives to secretly reduce promised rebates to truckers who they thought would not catch on*

36. <u>October 19, 2013</u>

**Headline: More trucking companies reject Pilot fraud settlements**
*Text: A 120-page affidavit filed in U.S. District Court in Knoxville following the raid detailed the allegations and included transcripts of secretly recorded meetings of Pilot sales executives discussing the scheme to reduce rebates on customers who they thought would not notice the discrepancies*

37. October 30, 2013
**Headline: Pilot, CEO Haslam seek suit dismissals**
*Text: In motions filed in federal courts in Alabama and circuit court in Knoxville, Pilot's and Haslam's lawyers are asking that the suits filed by a half dozen trucking firms be dismissed because they say the suits haven't established that any fraud occurred*

38. November 6, 2013
**Headline: Settlement cost hits $72M**
*Text: In a more than 400-page filing in U.S. District Court in Little Rock, Ark., attorneys for Pilot and the trucking firms supporting the deal argued that the proposal was an "extraordinarily good settlement"*

39. November 16, 2013
**Headline: Trucking firm makes new Pilot allegations**
*Text: The motion filed in Knoxville cites a series of seemingly contradictory letters from a Pilot official to a Georgia trucking firm, Harold David Story Inc. Among the items cited is a Nov. 6 letter to the Georgia trucking company's president with a $56,204.26 check including only 4 percent interest, 2 percent less than Pilot has promised in a pending class action suit in Arkansas*

40. November 19, 2013
**Headline: Pilot seeks approval for $72M settlement**
*Text: Lawyers for Pilot Flying J are making a last plea for a federal judge to approve a proposed $72 million settlement of rebate fraud charges, contending that none of the victims would be likely to do any better by pursuing protracted litigation on their own*

41. November 21, 2013
**Headline: East Tenn. Firm files rebate suit against Pilot**
*Text: According to the suit, Stinnett, who entered a guilty plea to mail fraud charges in June, personally handled the Moore account*

42. November 26, 2013
**Headline: Federal judge signs off on $85M Pilot settlement**
*Text: In the affidavit filed in U.S. District Court in Knoxville, a transcript of a secretly taped Pilot sales meeting includes statements by Pilot executive John Freeman in which he says Pilot bought the plane as a way to pay back Western Express for rebates it should have gotten*

43. December 3, 2013
**Headline: Who's minding the truck stop? Answer costs $85M - so far**
*Text: The sheer size, with 10 named plaintiffs representing 6,000 companies that will share in $56.5 million plus $9.75 million in interest payments out of the total settlement, would make this case memorable, even without knowing that the owners of Pilot Flying J also are known for their other careers*

44. January 5, 2014
**Headline: Pilot faces more lawsuits**
*Text: Despite a so-called "global settlement," Pilot Flying J still faces about 16 unresolved lawsuits stemming from charges of rebate fraud, leaving the criminal and civil matters a long way from being resolved as the new year begins*

45. January 10, 2014
**Headline: Pilot Flying J settles one suit**

*Text:  While the Western case is resolved, another suit was filed against Pilot this week in U.S. District Court in Greenville, S.C. The suit, originally filed in South Carolina state court, charges that the trucking firm, Quality Logistics, was a victim of rebate fraud*

46.  January 11, 2014
     **Headline:  Pilot gets key legal win**
     *Text:  Subsequently a 120-page FBI affidavit was filed in U.S. District Court in Knoxville detailing a scheme by top Pilot sales executives to cheat unwitting trucking companies out of promised diesel fuel rebates*

47.  January 28, 2014
     **Headline:  3 more admit guilt in Pilot fraud case**
     *Text:  According to the transcript, Andrews, who was a sales representative, told his colleagues he didn't put details of the rebate skimming in emails for fear they would be discovered*

48.  April 8, 2014
     **Headline:  Pilot suits to be heard by single judge**
     *Text:  A federal judicial panel has issued a three-page order merging seven pending civil suits charging rebate fraud against truck stop chain Pilot Flying J*

49.  April 15, 2014
     **Headline:  Pilot comes to fork in road**
     *Text:  Federal agents have charged that Pilot, the largest truck-stop chain in the country, routinely cheated trucking companies out of millions of dollars in promised diesel fuel rebates by secretly manipulating purchasing records*

50.  May 20, 2014
     **Headline:  Pilot Flying J president leaves post**
     *Text:  In transcripts of secretly taped sales staff meetings filed in U.S. District Court a year ago, John Freeman, then Pilot's top sales executive, told his colleagues that Hazelwood was present at sales meetings where the rebate scheme was discussed*

51.  May 21, 2014
     **Headline:  Pilot loses more workers**
     *Text:  In the midst of a federal probe into rebate fraud charges, three more employees of Pilot Flying J have left the company and two others have been placed on administrative leave, according to a source with direct knowledge of the developments*

52.  May 31, 2014
     **Headline:  Key figure fired in Pilot probe**
     *Text:  A 120-page affidavit filed in U.S. District Court in Knoxville last April, which followed an FBI raid on Pilot's headquarters, outlined how the promised rebates were manipulated and reduced by millions of dollars*

53.  June 25, 2014
     **Headline:  Auditors endorse Pilot Flying J rebate figures**
     *Text:  According to the audit report filed in Little Rock, the audit covered transactions from Jan. 1, 2005, to July 15, 2013*

54.  July 15, 2014
     **Headline:  Pilot agrees to $92M fine, avoids prosecution**
     *Text:  According to federal prosecutors, Pilot Flying J acknowledged it had defrauded customers of more than $56 million and that its employees had fabricated documentation*

55.  September 24, 2014
     **Headline:  Former Pilot Flying J official gets "target letter"**
     *Text:  Former Pilot Flying J President Mark Hazelwood has received a "target letter," the official form federal prosecutors send to let someone know that they are the target of an investigation and that prosecutors have substantial evidence linking them to the crime*

56.  February 10, 2016

**Headline: Ex-Pilot Flying J president indicted**

*Text: Hazelwood faces charges of conspiracy to commit wire and mail fraud and witness tampering, according to an indictment filed in U.S. District court in Knoxville*

57. March 5, 2016

**Headline: Ex-Pilot officials seek delay in trial**

*Text: "Reviewing this volume and variety of information in connection with a case involving commodity pricing and discounts, together with the necessarily attendant accounting issues, will require months of effort and the use of sophisticated computerized document management and review tools to attempt to identify, view, and organize relevant material to prepare for the trial of this case," wrote attorneys for the ex-Pilot officials in Friday's filing*

58. March 9, 2016

**Headline: Ex-Pilot execs get trial delay**

*Text: The federal trial of eight former Pilot Flying J executives in connection to a rebate fraud scheme was pushed back to October 2017, according to a filing Tuesday in federal court*

59. April 16, 2016

**Headline: Judge: Pilot J CEO must testify**

*Text: An Alabama judge has ordered Jimmy Haslam, CEO of Pilot Flying J and owner of the NFL's Cleveland Browns, be deposed in a civil lawsuit related to the rebate scheme plaguing the $31 billion family truck stop chain*

60. May 1, 2016

**Headline: Judge rejects Jimmy Haslam's bid to avoid deposition**

*Text: Jimmy Haslam has always denied any participation in or knowledge of the scheme conducted by the Knoxville-based Pilot Flying J. The scheme, where customers received less money through a rebate than they had agreed to, has already led to 10 guilty pleas in federal court, another eight federal indictments and more than $100 million in fees and restitution*

61. May 8, 2016

**Headline: Jimmy Haslam agrees to deposition**

*Text: Jimmy Haslam, CEO of Pilot Flying J and owner of the Cleveland Browns, has agreed to be deposed over ongoing civil lawsuits connected to a rebate fraud scheme carried out by the Haslam family's $33 billion truck stop chain*