# Appendix F: Calling Dates and Dispositions

```
Knoxville       PRC#10401X Combined
Survey Dates: 9/14/2016 to 9/22/2016

    315 COMPLETED INTERVIEWS

28863 TOTAL SAMPLE USED

              RESULT
   315   1.1%  01  Complete
 16636  57.6%  02  No answer / Answering Machine
   431   1.5%  03  Busy
  4655  16.1%  04  Disconnected/ Non-working Number
  1323   4.6%  05  Hard Refusal-Screening Incomplete
    36   0.1%  06  Respondent Terminate-Screening Complete
   242   0.8%  07  Call Back
   580   2.0%  08  Business / Cell Phone (Not Residential Number)
  1058   3.7%  09  Computer Tone (Fax / Modem / Pager)
   164   0.6%  10  Language /Deafness/Hearing Problem
  1705   5.9%  12  Soft Refusal
  1096   3.8%  13  Quota Full
    36   0.1%  15  Call Blocked
   608   2.1%  16  Add to Do Not Call List
   202   0.7%  90  Unknown
   144   0.5%  91  Unknown
   180   0.6%  92  Unknown
     3   0.0%  93  Unknown

Cooperaion Rate:  7.4%
```

```
Nashville         PRC#10401Y Combined
Survey Dates: 9/14/2016 to 9/22/2016

     309 COMPLETED INTERVIEWS

 41364 TOTAL SAMPLE USED

                RESULT
    309   0.7%  01  Complete
  15095  36.5%  02  No answer / Answering Machine
    966   2.3%  03  Busy
  20053  48.5%  04  Disconnected/ Non-working Number
    981   2.4%  05  Hard Refusal-Screening Incomplete
     14   0.0%  06  Respondent Terminate-Screening Complete
    259   0.6%  07  Call Back
    659   1.6%  08  Business / Cell Phone (Not Residential Number)
   1122   2.7%  09  Computer Tone (Fax / Modem / Pager)
    116   0.3%  10  Language /Deafness/Hearing Problem
    663   1.6%  12  Soft Refusal
    683   1.7%  13  Quota Full
     50   0.1%  15  Call Blocked
    648   1.6%  16  Add to Do Not Call List
    173   0.4%  90  Unknown
     55   0.1%  91  Unknown
      9   0.0%  92  Unknown
      6   0.0%  93  Unknown

Cooperation Rate:  11%
```