**APPENDIX G**

VITA
September 1, 2016

Kent L. Tedin                                          Phone: 713-743-3890
Professor of Political Science                         Fax: 713-669-8680
University of Houston                                  E-mail: ktedin@uh.edu
Houston, Texas 77204-3011


EDUCATION:

   B. A., Concordia College, Moorhead, Minnesota (1966)
   M. A., University of Iowa (1969)
   Ph.D., University of Iowa (1973)


ACADEMIC EXPERIENCE:

   Assistant Professor of Government, 1973-1974
   College of William and Mary, Williamsburg, Virginia

   Assistant Professor of Political Science, 1974-1977,
   University of Houston

   Associate Professor of Political Science, 1977-1984
   University of Houston

   Professor of Political Science, 1984-
   University of Houston

   Chairman, Department of Political Science, 1985-2002
   University of Houston

   Professor of Political Science, 2003-
   University of Houston

   Kenneth Lay Profesor of Political Science 2012-2015
   University of Houston

RESEARCH GRANTS:

   National Science Foundation Dissertation Grant
   CETA Job Training Grant, 1978 ($120,000) with John Tatlock

JTPS Research Grant, 1984 ($42,000) with Ray Duch
Texas Lottery, 1992 ($9500)
Numerous contracts for survey research through The Center for Public Policy
Several local grants from the University of Houston

## CONVENTION PAPERS:

Kent L. Tedin, "The Role of Parents in Political Socialization," Meeting of the Southern Political Science Association, 1973.

Kent L. Tedin, "Teacher Influence on the Political Attitudes of High School Seniors," Meeting of the Southwestern Social Science Association, 1973.

Kent L. Tedin, "A Dynamic Model of Attitude Constraint," Meeting of the American Political Science Association, 1974.

Kent L. Tedin, "Measures of Reliability of Parent-Child Attitude Agreement," Meeting of the Midwestern Political Science Association, 1974.

Kent L. Tedin, "Compositional Effects in Determining Age Effects on Political Attitudes and Behaviors," Meeting of the Southern Political Science Association, 1975.

Kent L. Tedin, "Mass-Elite Differences in Political Attitudes and Values," Meeting of the Southern Political Science Association, 1977.

Kent L. Tedin, "Attitude Constraints Among Activists and Masses," Meeting of the Southwestern Political Science Association, 1977.

Kent L. Tedin and John Tatlock, "Becoming Active in Right Wing Politics: The Case of the Anti-Feminists," Meeting of the Southern Political Science Association, 1978.

Kent L. Tedin, "Occasional Activists in the Political Process," Meeting of the Southern Political Science Association, 1979.

Richard W. Murray and Kent L. Tedin, "Voter Preferences in a State-level Election," Meeting of Western Social Science Association, 1979.

Kent L. Tedin, "Motivations for Political Activity in Anti-Feminist Politics," Meeting of the Midwest Political Science Association, 1980.

Richard W. Murray and Kent L. Tedin, "Party Activists in Houston: A Study of an Emerging Party System, Meeting of the American Political Science Association, 1981.

Kent L. Tedin, "Themes on the 1981 Election for Mayor of Houston," Meeting of the Southwestern Social Science Association, 1982.

Kent L. Tedin and Richard W. Murray, "A Dynamic Analysis of Presidential Popularity," Meeting of the American Political Science Association, 1983.

Richard Murray and Kent L. Tedin, "The Divisive Primary and Individual Voter Choice," Meeting of the Southern Political Science Association, 1983.

John W. Sloan and Kent L. Tedin, "Regime Type and Public Policy," Meeting of the International Political Science Association, 1985.

James L. Gibson and Kent L. Tedin, "Behavioral Manifestations of Intolerance" Meeting of the Midwest Political Science Association, 1986.

Kent L. Tedin, "Change and Continuity in Elections for Governor of Texas: 1978-1986" paper presented at the Southwest Social Science Convention, March, 1988.

Kent L. Tedin, "A Time-Series Analysis of Voting in the 1988 presidential primaries," paper presented at the meeting of the American Political Science Association, September, 1989.

James L. Gibson, Raymond M. Duch and Kent L. Tedin, "Cultural Values and the Transformation of the Soviet Union," paper presented at the American Political Science Association Convention, September, 1990.

Richard W. Murray and Kent L. Tedin, "Support for Minority Coalitions among the Black and Hispanic Mass Public," paper presented at the annual meeting of Western Political Science Association, April 7-10, 1991.

Kent L. Tedin, "Mass Support for Competitive Elections in the Soviet Union," paper presented at the 1991 meeting of the Midwestern Political Science Association, April 22-25, 1991.

Kent L. Tedin, Richard Matland and Richard W. Murray, "The Acid Test of Gender Voting: The 1990 Election for Governor of Texas," paper presented at the 1991 meeting of the Southern Political Science Association.

Kent L. Tedin and Oi Kuan Fiona Yap, "The Gender Factor in Soviet Politics: Survey Evidence from Greater Moscow," paper presented at the 1992 meeting of the Midwest Political Science Association.

Kent L. Tedin, "Self Interest and Symbolic Racism in the Equalization of Public School Financing," paper presented at the 1992 meeting of the American Political Science Association.

Kent L. Tedin, "Affective Attachments as a Bias for Information Processing," paper presented at the 1993 meeting of the Southern Political Science Association.

Kent L. Tedin, "The Reasons Why Grand Juries are not Representative," paper presented at the 1994 meeting of the Southwest Social Science Convention.

Kent L. Tedin, "The Self-Interest Factor in Political Decision Making," presented at the 1995 meeting of the Southern Political Science Association.

Kent L. Tedin, "Public Opinion Polls and Pre-Trial Publicity: Can Jurors put Bias Aside," presented at the 1997 meeting of the American Association for Public Opinion Research.

Richard Matland, Kent L. Tedin and Greg Weiher, "The Politics of Age and Race: Support and Opposition to a School Bond Referendum," presented at the 1997 meeting of the American Political Science Association.

Greg Weiher, Richard Matland and Kent L. Tedin, "Age and Race in the Support of School Bond Referenda" presented at the 1998 meeting of the Midwest Political Science Association.

Kent L. Tedin, Richard Matland and Greg Weiher, "Race, Self-Interest and the Financing the Public Schools Through Referenda," presented at the 1999 annual meeting of the Southwest Social Science Association.

Kent L. Tedin, Richard Matland and Greg Weiher, "Turnout and Referenda Voting," Presented at the 2000 Meeting of the Southern Political Science Association.

Greg Weiher and Kent L. Tedin, "Does Choice Lead to Racially Distinctive Schools: Charter Schools and Household Preferences," presented at the 2001 Meeting of the Midwest Political Science Association, Chicago, Illinois.

Kent L. Tedin and Greg Weiher, "The Racial Composition of Charter Schools, Test Scores and Household Preference for Charter Schools," presented at the 2002 Meeting of the Midwest Political Science Association, Chicago, Illinois.

Greg Weiher and Kent L. Tedin, "Household Preference Revisited: Does Choice Lead to Racially Stratified Schools?" presented at the 2002 meeting of the American Political Science Association, Boston, MA.

Kent L. Tedin and Greg Weiher, "School Choice and the Creation of Social Capital," presented at the 2004 meeting of the American Political Science Association, Boston, MA.

Harrell Rodgers, Jr. and Kent L. Tedin, "State TANF Spending: Predictors of State Tax Effort to Support Welfare Reform." Presented at the 2006 annual meeting of the Southern Political Science Association, Atlanta, Georgia.

Kent Tedin, Brandon Rottinghaus and Harrell Rodgers, "The Effect of a President 'Going Public' on Support for Presidential Policies." Paper Presented at the 2009 annual Meeting of the Southern Political Science Association, New Orleans, LA.

Brandon Rottinghaus and Kent Tedin, "The Limits of Presidential opinion leadership: Domestic Rally Points and the AFT/FBI Siege at the Branch Dravidian Compound in Waco."

Paper presented at the 2010 meeting of the Midwest Political Science Association, Chicago, Illinois.

Kent Tedin and Greg Weiher, "General Social Capital, Educational-Related Social Capital and Choosing Charter Schools." Paper presented at the 2011 Annual Meeting of the Southwest Social Science Association, Las Vegas, Nevada.

Brandon Rottinghaus and Kent Tedin, Presidential "Going Bipartisan," Opposition Reaction and the Consequences for Political Opinions." Paper presented at the 2011 Annual Meeting of the Midwest Political Science Association, Chicago, Illnion.

Alan Steinberg and Kent Tedin, "Unrealized Partisanship in an Age of Party Polarization" Paper presented at the Annual Meeting of Southern Political Science Assocaition, January 8-11, 2012, New Orleans, LA.

Alan Steinberg and Kent Tedin, "Partisan Transmission in the Age of Polarization." Paper presented at the Annual Meeting of Southern Political Science Association, January 9-12, 2014, New Orleans, LA.

Kent Tedin and Shanto Iyengar, "Political Correspondence Among Married Couples: Evidence from a New Survey," paper presented at the Southern Political Science Convention, January 6-9, 2016.

Kent Tedin and Shanto Iyengar, "The Politics of Married Couples in the Age of Political Polarization," paper presented at the Southwest Social Science Convention, March 17-19, 2016.

Shanto Iyengar, Tobias Kronizer, and Kent Tedin, "The Home as a Political Fortress: Family Agreement in a Polarized Era." Paper presented at the annual meeting of the American Political Science Association, September 1-4, 2016.

**PUBLICATIONS:**

Kent L. Tedin, "The Development of the Soviet Attitude Toward the Implementation of Human Rights Under the UN Charter," *Revue des droits L' Homme,* Vol 5 (December, 1972).

Kent L. Tedin, "The Influence of Parents on the Political Attitudes of Adolescents," *American Political Science Review*, 69 (December, 1974).

David W. Brady and Kent L. Tedin, "Ladies in Pink: Religion and Political Ideology in the Anti-ERA Movement," *Social Science Quarterly*, 56 (March, 1976).

Kent L. Tedin, "The Influence of Teachers on Adolescent Political Attitudes," *GPA Journal,* 4 (Spring, 1976).

Kent L. Tedin, "On the Reliability of Reported Political Attitudes," *American Journal of Political Science*, 20 (February, 1977).

Kent L. Tedin, David W. Brady and Arnold Vedlitz, "Sex Differences in Political Behavior: The Case for Situational Factors," *Journal of Politics*, 39 (May, 1977).

Kent L. Tedin, David W. Brady, et al., "Social Background and Political Differences between Pro- and Anti-ERA Activists," *American Politics Quarterly*, 5 (July, 1977).

Harrell Rodgers and Kent L. Tedin (eds.), "Political Socialization: An Assessment of Theoretical Approaches and Findings," Special Issue of *Youth and Society,* (Two Volumes), December, 1977 and March, 1978.

Kent L. Tedin, "Age vs. Social Composition Factors as Explanations for Cleavages on Socio-Political Issues," *Aging and Human Development*, 9 (1978-1979)

Kent L. Tedin, "Religious Preferences and Pro-Anti-ERA Activism," *Pacific Sociological Review*, 21 (January, 1978).

Kent L. Tedin, "Assessing Peer and Parent Influence on Adolescent Political Attitudes," *American Journal of Political Science*, 24 (February, 1980).

Kent L. Tedin and Richard W. Murray, "Public Awareness of Congressional Representatives: Recall vs. Recognition," *American Politics Quarterly*, 7 (October, 1979).

Kent L. Tedin and Richard W. Murray, "Dynamics and Candidate Choice in a State Election," *Journal of Politics*, 43 (May, 1981).

Kent L. Tedin, "Social Variables in Political Socialization: Reply to the Dynamics of Interpersonal Attitudinal Influence," *Political Behavior*, 1 (Fall, 1979).

Robert S. Erikson and Kent L. Tedin, "The 1928-1936 Partisan Realignment: the Case for the Conversion Hypothesis, *American Political Science Review*, 75 (December, 1981).

Kent L. Tedin and Richard W. Hofstetter, "The Effect of Cost and Importance Factors on the Return Rate for Single and Multiple Mailings," *Public Opinion Quarterly*, (Summer, 1982).

Kent L. Tedin, "The 1981 Election for Mayor of Houston," *Texas Business Review*, (November-December, 1982).

Kent L. Tedin, "The Election for Governor of Texas," in Richard W. Murray (ed.), Special Issue of *The Journal of Texas Politics*, (Spring, 1983).

Richard W. Murray and Kent L. Tedin, "Party Activists in Houston: A Study of an Emerging Party System," in William Crotty (ed.), *Political Parties in Local Areas* "University of Tennessee Press, 1985).

Kent L. Tedin, "Ideology and the Voter Choice," in Samuel Long (ed) *Micropolitics* (Greenwood Press, 1984).

Kent L. Tedin, "Change and Stability in Presidential Popularity at the Individual Level," *Public Opinion Quarterly* (Summer, 1986).

Robert S. Erikson and Kent L. Tedin, "Voter Conversion and the New Deal Realignment," *Western Political Quarterly* (December, 1986).

John W. Sloan and Kent L. Tedin, "The Consequences of Regime Type for Public Policy Outputs" *Comparative Political Studies* (June 1988).

James L. Gibson and Kent L. Tedin, "The Etiology of Tolerance Toward Homosexual Politics," *Social Science Quarterly* (March, 1988), reprinted in *The Encyclopedia of Homosexuality*, 1993.

Richard Murray and Kent L. Tedin, "Public Knowledge of Outdoor Electrical Hazards" *Forensic Reports*, 2 (1989), 107-118.

Kent L. Tedin, "Public Opinion and the 1990 Democratic Primary in Texas," *The Public Perspective*, (May-June, 1990).

James L. Gibson, Raymond M. Duch and Kent L. Tedin, "Democratization and the Transformation of the Soviet Union" *Journal of Politics* (May 1992).

Kent L. Tedin and Fiona Yap, "The Gender Factor in Soviet Politics," *Political Research Quarterly* (March 1993)

Kent L. Tedin, "Support for Competitive Elections in the Soviet Union," *Comparative Political Studies* (July 1994).

Kent L. Tedin, "Self-Interest, Symbolic Politics and the Financial Equalization of the Public Schools," *Journal of Politics* (August 1994).

Kent L. Tedin and Richard W. Murray, "Support for Biracial Coalitions among Blacks and Hispanics." *Social Science Quarterly* (March 1995).

Kent L. Tedin, Donald S. Lutz and Edward Fuchs (eds.), *Perspectives on Texas and American Politics* (Dubuque, Iowa:  Kendall-Hunt, 1997).

Kent L. Tedin, "Understanding Public Opinion Polls," In Kent L. Tedin, Donald S. Lutz and Edward Fuchs (eds), *Perspectives on Texas and American Politics* (Dubuque, Iowa:  Kendall-Hunt, 1997).

Kent L. Tedin, "The Transition of Electoral Politics in Texas: Voting for Governor in 1978-1990," In Kent L. Tedin, Donald S. Lutz and Edward Fuchs (eds.), *Perspectives on Texas and American Politics* (Dubuque, Iowa: Kendall-Hunt, 1997).

Kent L. Tedin, "Probability and Life's Chances: The Role of Luck in Social Analysis" *Social Science Quarterly* (May 1998).

Greg Weiher, Richard Matland, Kent L. Tedin, Chrisopher Cookson and Laura Nielsen, "Texas Open-Enrollment Charter Schools: Year One Evaluation" A Research Report Presented to the State Board of Education," (May 1998).

Bretten Kleitz, Gregory Weiher, Kent L. Tedin and Richard Matland, "Choice, Charter Schools and Household Prefernces," *Social Science Quarterly* (December 2000)

Kent L. Tedin, Richard Matland, Greg Weiher, "Age and Race and Support for School Bond Referenda," *Journal of Politics* (February 2001).

Greg Weiher and Kent L. Tedin, "Does Choice Lead to Racially Distinct Schools: Charter Schools and Household Preferences" *Journal of Policy Analysis and Management* (Vol. 21, No. 1, 2002).

Kent L. Tedin and Gregory Weiher, "The Racial Composition of Charter Schools, Test Scores and Household Preferences for Charter Schools," *Journal of Politics* (November 2004).

Kent L. Tedin "Symbolic Politics and Public Opinion," in Samuel Best and Benjamim Radcliff, *Polls and Public Opinion* (New York: Routlage 2005).

Kent L. Tedin, "How Question Wording Affects the Results of Public Opinion Surveys." In Gregory Weiher, *The People and American Government* (New York: Pearson, 2005).

Harrell Rodgers, Jr. and Kent L. Tedin, "State TANF Spending: Predictors of State Tax Effort to Support Welfare Reform." *Review of Policy Research* (April, 2006).

Robert S. Erikson and Kent L. Tedin, *American Public Opinion, 8*th edition (New York: Longman, 2011).

Kent Tedin, Brandon Rottinghaus and Harrell Rodgers, "Revisiting Presidential Leadership: Widening the Dimensions of Opinion Change by Group and Communication Tactic." *Political Research Quarterly* (September 2011).

Kent Tedin and Greg Weiher, "General Social Capital, Educational-Related Social Capital and Choosing Charter Schools." *Policy Studies Journal* (November 2011)

Brandon Rottinghaus and Kent Tedin, "Going Bipartisan and the Consequences for Political Opinions." *American Behavioral Scientist* (volume 54, No. 12, 2012).

Robert S. Erikson and Kent L. Tedin, *American Public Opinion, 9*th edition (New York: Pearson  2015).

BOOK REVIEWS:

Review  of Stanley Renshon (ed), *Handbook of Political Socialization* in *American Political Science Review* (March, 1979).

Review  of  Bernard  Rubin, *Politics and the Mass Media* in *Journal of Politics* (November, 1978).

Review of Rebecca E. Klatch, *Women of the New Right* in *Women and P*olitics (Summer, 1988).

Review of Tom DeLuca, *Political Apathy* in *The Journal of Politics* (November, 1996).