UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CRIMINAL MINUTES

Case No.: 3:12-CR-3    At: Knoxville, TN    Date: December 15, 2016

Style: United States of America    vs    Mark Hazelwood
Scott Wombold
John Freeman
Vicki Borden
John Spiewak
Katy Bibee
Heather Jones
Karen Mann

**Present Before**: Honorable C. Clifford Shirley, Jr., United States Magistrate Judge

| Rachel Stone | Lisa Wiesman | Samiyyah Rasheedah |
| **Courtroom Deputy** | **Court Reporter** | **Law Clerk** |

| | Russell Hardin, Jr. | |
| F.M. Hamilton, III | Jennifer Brevorka | |
| David P. Lewen | Anthony Drumheller | Eli Richardson |
| **Asst. U.S. Attorney** | **Atty for Deft Hazelwood** | **Atty for Deft Wombold** |

| Roger Dickson | Joseph Costner | James Fleisher |
| Zachary Greene | Sarah Bean Smith | Michael Rieman |
| **Atty for Deft Freeman** | **Atty for Deft Borden** | **Atty for Deft Spiewak** |

| | Benjamin J. Vernia | Sara Compher-Rice |
| Richard Tennant | Cullen Wojcik | Jonathan Cooper |
| **Atty for Deft Bibee** | **Atty for Deft Jones** | **Atty for Deft Mann** |

**Others Present:** USMS, CSO

**Proceedings:** The parties appeared for a scheduled status conference to address the prospective jury questionnaire. Argument heard by counsel. The Court instructed counsel regarding the submission of the prospective letter. The Court will schedule a telephone conference following the submission of the letter.

**Time:** 9:30 to 10:25