IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | No. 3:16-CR-20 |
| ) | JUDGES COLLIER / GUYTON |
| MARK HAZELWOOD, ) | |
| SCOTT WOMBOLD, ) | |
| HEATHER JONES, and ) | |
| KAREN MANN, ) | |
| ) | |
| Defendants. ) | |

___

**MOTION IN LIMINE TO EXCLUDE TESTIMONY OF GOVERNMENT'S
DISCLOSED WITNESS DARREN SEAY**
___

Defendant Scott Wombold, joined by co-defendants Mark Hazelwood, Karen Mann, and Heather Jones (collectively, "Defendants"), moves this Court for an order excluding, pursuant to Federal Rule of Evidence 701, the proposed lay opinion testimony of Government witness Darren Seay.

As set forth in the brief filed contemporaneously herewith, Seay's proposed testimony should be excluded because it is not admissible under Federal Rule of Evidence 701. Seay's testimony is inadmissible under Rule 701 because it is based not on "particularized knowledge" he gained as a Pilot employee, as suggested by the Government's disclosure; instead, the testimony necessarily relies on "specialized knowledge" or "technical" skill Seay otherwise possesses. Furthermore, the subject of Seay's testimony is not based on his first-hand knowledge, and Seay impermissibly relies on unverified assumptions and data fed to him by the Government after the termination of the alleged conspiracy.

WHEREFORE, Defendants respectfully request that this Court exclude Seay's proposed lay opinion testimony.

Respectfully submitted,

*/s/ Robert K. Platt*
Robert K. Platt (Admitted *Pro Hac Vice*)
John E. Kelly (Admitted *Pro Hac Vice*)
BASS, BERRY & SIMS PLC
1201 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20004
(202) 827-2750 – Telephone
rplatt@bassberry.com
jkelly@bassberry.com

*/s/ Eli Richardson*
Eli Richardson (BPR #: 023443)
BASS, BERRY & SIMS, PLC
150 Third Avenue South Suite 2800
Nashville, Tennessee 37201
(615) 742-7825 – Telephone
(615) 742-0416 – Facsimile
erichardson@bassberry.com

**Attorneys for Defendant Scott Wombold**

*/s/ Russell Hardin, Jr. (with permission)*
Anthony Douglas Drumheller
Derek S. Hollingsworth
Jennifer E. Brevorka
Russell Hardin, Jr.
RUSTY HARDIN & ASSOCIATES LLP
1401 McKinney Street, Suite 2250
Houston, TX 77010
(713) 652-9000 – Telephone
(713) 652-9800 -- Facsimile
rhardin@rustyhardin.com

**Attorneys for Defendant Hazelwood**

   */s/ Benjamin J. Vernia (with permission)*
Benjamin J. Vernia
THE VERNIA LAW FIRM
1455 Pennsylvania Avenue, NW
Suite 400
Washington DC  20004
(202) 349-4053 – Telephone
(866) 572-6728 -- Facsimile
bvernia@vernialaw.com

Cullen Michael Wojcik
LAW OFFICE OF CULLEN M. WOJCIK
422 S. Gay Street, Suite 302
Knoxville, TN  37902
wojciklaw@gmail.com

***Attorneys for Defendant Jones***

 */s/ Jonathan D. Cooper (with permission)*
Jonathan D. Cooper
WHITT, COOPER, TRANT & HEDRICK
607 Market Street, Suite 1100
Knoxville, TN  37902
(865) 524-8106 – Telephone
(865) 546-6637 -- facsimile
cooper@knoxdefense.com

Sara E. Compher-Rice
OBERMAN & RICE
550 West Main Avenue
Suite 730
Knoxville, TN 37902-2567
sara@tndui.com

***Attorneys for Defendant Mann***

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2017, a true and correct copy of the foregoing document was filed electronically with the U.S. District Court for the Eastern District of Tennessee. Notice of this filing was served via the Court's electronic filing system on all counsel listed below:

    David P. Lewen (david.lewen@usdoj.gov)
    F.M. Hamilton III (trey.hamilton@usdoj.gov)
    U.S. DEPARTMENT OF JUSTICE
    Office of U.S. Attorney
    800 Market Street, Suite 211
    Knoxville, TN 37902
        *Attorneys for Plaintiff*

    Anthony Douglas Drumheller (adrumheller@rustyhardin.com)
    Derek S. Hollingsworth (dhollingsworth@rustyhardin.com)
    Jennifer E. Brevorka (jbrevorka@rustyhardin.com)
    Russell Hardin, Jr. (rhardin@rustyhardin.com)
    RUSTY HARDIN & ASSOCIATES LLP
    1401 McKinney Street, Suite 2250
    Houston, TX 77010
        *Attorneys for Defendant Hazelwood*

    Benjamin J. Vernia (bvernia@vernialaw.com)
    THE VERNIA LAW FIRM
    1455 Pennsylvania Avenue, NW
    Suite 400
    Washington DC 20004

    Cullen Michael Wojcik (wojciklaw@gmail.com)
    LAW OFFICE OF CULLEN M. WOJCIK
    422 S. Gay Street, Suite 302
    Knoxville, TN 37902
        *Attorneys for Defendant Jones*

    Jonathan D. Cooper (cooper@knoxdefense.com)
    WHITT, COOPER, TRANT & HEDRICK
    607 Market Street, Suite 1100
    Knoxville, TN 37902

    Sara E. Compher-Rice (sara@tndui.com)
    OBERMAN & RICE

550 West Main Avenue
Suite 730
Knoxville, TN 37902-2567
   *Attorneys for Defendant Mann*


                                          */s/ Eli Richardson*
                                          Eli Richardson