IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:16-CR-20 |
| | ) JUDGES COLLIER / GUYTON |
| MARK HAZELWOOD, | ) |
| SCOTT WOMBOLD, | ) |
| HEATHER JONES, and | ) |
| KAREN MANN, | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE PREJUDICIAL EXHIBIT DESCRIPTIONS

Defendants respectfully move this Court for an Order excluding certain of the Government's exhibit descriptions, submitted for purposes of identifying the exhibits in the Court's Jury Evidence Recording System ("JERS"), which contain prejudicial and inflammatory language that heavily favors the Government's case. The Government's exhibit descriptions are provocative, as opposed to helpful to the jury, and Defendants therefore request that the Court require the Government to replace such descriptions using a neutral naming convention.

The Court may find determination premature at this juncture and may prefer to rule on the matter before jury deliberations. Defendants raise this issue now to avoid the possibility of waiver of these objections and to minimize any efforts by Court staff in the renaming of exhibits if the Government's JERS names are found to be prejudicial and improper.

Good cause for this Motion is set forth in the contemporaneously filed Sealed Memorandum of Law. Defendants are simultaneously moving for permission to file the

memorandum and its exhibits under seal pursuant to Local Rule 26.2(b) and are currently filing them temporarily under seal pending approval by the Court.

Respectfully submitted,

*/s/ John E. Kelly*
John E. Kelly (admitted *pro hac vice*)
Robert K. Platt (admitted *pro hac vice*)
BASS, BERRY & SIMS PLC
1201 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20004
Telephone: (202) 827-2750
jkelly@bassberry.com
rplatt@bassberry.com

*/s/ Eli Richardson*
Eli Richardson (BPR #: 023443)
David Rivera (BPR #: 024033)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-7825
erichardson@bassberry.com
david.rivera@bassberry.com

*/s/ Annie T. Christoff*
Annie T. Christoff (BPR #: 026241,
  admitted *pro hac vice*)
BASS, BERRY & SIMS PLC
100 Peabody Place, Suite 1300
Memphis, TN 38103
Telephone: (901) 543-5939
achristoff@bassberry.com

**Attorneys for Defendant Scott Wombold**

*/s/ Russell Hardin, Jr. (with permission)*
Anthony Douglas Drumheller
Derek S. Hollingsworth
Jennifer E. Brevorka
Russell Hardin, Jr.
RUSTY HARDIN & ASSOCIATES LLP
1401 McKinney Street, Suite 2250
Houston, TX 77010
(713) 652-9000 – Telephone

2

(713) 652-9800 – Facsimile
rhardin@rustyhardin.com

*Attorneys for Defendant Hazelwood*

*/s/ Benjamin J. Vernia (with permission)*
Benjamin J. Vernia
THE VERNIA LAW FIRM
1455 Pennsylvania Avenue, NW, Suite 400
Washington DC  20004
(202) 349-4053 – Telephone
(866) 572-6728 – Facsimile
bvernia@vernialaw.com

Cullen Michael Wojcik
LAW OFFICE OF CULLEN M. WOJCIK
422 S. Gay Street, Suite 302
Knoxville, TN  37902
wojciklaw@gmail.com

*Attorneys for Defendant Jones*

*/s/ Jonathan D. Cooper (with permission)*
Jonathan D. Cooper
WHITT, COOPER, TRANT & HEDRICK
607 Market Street, Suite 1100
Knoxville, TN  37902
(865) 524-8106 – Telephone
(865) 546-6637 – Facsimile
cooper@knoxdefense.com

Sara E. Compher-Rice
OBERMAN & RICE
550 West Main Avenue, Suite 730
Knoxville, TN 37902-2567
sara@tndui.com

*Attorneys for Defendant Mann*

# CERTIFICATE OF SERVICE

I hereby certify that, on October 31, 2017, a true and correct copy of the foregoing document was filed electronically with the U.S. District Court for the Eastern District of Tennessee. Notice of this filing was served via the Court's electronic filing system on all counsel listed below:

Benjamin J. Vernia
(bvernia@vernialaw.com)
Andrew K. Murray
(amurray@vernialaw.com)
THE VERNIA LAW FIRM
1455 Pennsylvania Ave., NW, Ste 400
Washington DC 20004

Cullen Michael Wojcik
(wojciklaw@gmail.com)
LAW OFFICE OF CULLEN M. WOJCIK
422 S. Gay Street, Suite 302
Knoxville, TN 37902
    *Attorneys for Defendant Jones*

Jonathan D. Cooper
(cooper@knoxdefense.com)
WHITT, COOPER, TRANT & HEDRICK
607 Market Street, Suite 1100
Knoxville, TN 37902

Sara E. Compher-Rice (sara@tndui.com)
OBERMAN & RICE
550 West Main Avenue, Suite 730
Knoxville, TN 37902-2567
    *Attorneys for Defendant Mann*

Anthony Douglas Drumheller
(adrumheller@rustyhardin.com),
Derek S. Hollingsworth
(dhollingsworth@rustyhardin.com),
Jennifer E. Brevorka
(jbrevorka@rustyhardin.com),
Russell Hardin, Jr.
(rhardin@rustyhardin.com)
RUSTY HARDIN & ASSOCIATES LLP
1401 McKinney Street, Suite 2250
Houston, TX 77010
    *Attorneys for Defendant Hazelwood*

David P. Lewen
(david.lewen@usdoj.gov),
F.M. Hamilton III
(trey.hamilton@usdoj.gov)
U.S. DEPARTMENT OF JUSTICE
Office of U.S. Attorney
800 Market Street, Suite 211
Knoxville, TN 37902
    *Attorneys for Plaintiff*

                                            */s/ Annie T. Christoff*

23759201.4