U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

Criminal Trial: **1ST** Day of Trial  Case No. **3:16-CR-20**  USA v. **Hazelwood et al.**

Honorable **Curtis L. Collier**  ☑ U.S. District Judge  ☐ U.S. Magistrate Judge

**FM Hamilton, III**  **David P. Lewen**  **Elizabeth Coffey**
Assistant U.S. Attorney(s)  Assistant U.S. Attorney(s)  Court Reporter

See Defendants' Attorney list attached  **Barbara Lewis**
Defendant's Attorney(s)  Defendant's Attorney(s)  Courtroom Deputy

Interpreter(s)  ☐ Sworn

PROCEEDINGS

☑ Jury selected & sworn: Jurors present: **58** /Seated **16** /Challenged **29** /Excused **0** /Not Used **13**

☐ Rule requested  ☑ Opening Statements  ☐ Witnesses sworn (See Exhibit and Witness List)

☐ Introduction of evidence for government  ☐ begun  ☐ resumed  ☐ concluded

☐ Defendant's Motion: _____ ; ☐ GRANTED ☐ DENIED

☐ Introduction of evidence for deft(s)  ☐ begun  ☐ resumed  ☐ concluded

☐ Defendant's Renewed Motion: _____ ; ☐ GRANTED ☐ DENIED

☐ Rebuttal evidence  ☐ Surrebuttal evidence  ☐ Charge Conference  ☐ Closing Arguments  ☐ Charge of Court

☐ Jury retired to deliberate at _____ Jury returned at: _____

☐ Jury Verdict: _____

☐ Jury polled  ☐ Polling waived  ☐ Mistrial declared  Judgment Date: _____

☐ Exhibits: ☐ taken by Court  ☐ returned to attorneys (See Exhibit Withdrawal)

☐ Trial Continued until: _____

Other proceedings:

☐ Deft remanded to custody of U.S. Marshal  ☐ remained in custody  ☑ remained on bond

Time: **9:20** to **11:00**   Date: **11/6/2017**
**11:20** to **1:15**
**3:15** to **4:30**
_____ to _____
_____ to _____
_____ to _____

Revised 10/13

Defendants' Attorneys

<u>Mark Hazelwood</u>

Jennifer E Brevorka

Russell Hardin , Jr

Anthony Douglas Drumheller

<u>Scott Wombold</u>

David Rivera

Eli J Richardson

John E Kelly

Robert K Platt

Annie Tauer Christoff

<u>Heather Jones</u>

Benjamin J Vernia

Cullen Michael Wojcik

Andrew K. Murray


<u>Karen Mann</u>

Jonathan D Cooper

Sara E Compher-Rice