IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | No. 3:16-CR-20 |
| ) | (Collier/Guyton) |
| MARK HAZELWOOD et al. ) | |
|     Defendant. ) | |

## MOTION REQUESTING MODIFICATION OF TERMS OF RELEASE

Mark Hazelwood, through counsel, moves this Court to modify the terms of his release to substitute his third-party custodian to permit Mrs. Hazelwood to travel on January 1-2, 2021.

### I.    FACTUAL BACKGROUND

This Court has granted Mr. Hazelwood's numerous prior requests to have substitute third-party custodians step in during his wife's travel.

During each previous modification to Mr. Hazelwood's conditions, he has scrupulously abided each and every instruction from the Probation Office. We again ask the Court to modify Mr. Hazelwood's bail to permit a substitute third-party custodian while Mrs. Hazelwood travels.

Specifically, we request that Asa Hazelwood be allowed to step in as third-party custodian from January 1-2, 2021.

### II.    MODIFICATION REQUEST

Mrs. Hazelwood is scheduled to travel from January 1-2, 2021. To facilitate her travel, Mr. Hazelwood's son, Asa, has agreed to step in as third-party custodian. He has served as custodian previously and has been informed of his duties and has signed the bond conditions.

I have spoken to AUSA Trey Hamilton and he defers to the discretion of the Court and Probation. I have also spoken to Pretrial Services who defers to the Court.

**WHEREFORE**, Mr. Hazelwood requests that this Honorable Court enter an Order

1

modifying the conditions of his release allowing him to substitute his third-party custodian from January 1-2, 2021.

**DATED**: Knoxville, Tennessee
December 28, 2020

                            Respectfully submitted,

                            s/ Bradley L. Henry
                            Bradley L. Henry (TN Bar No. 025447)
                            MICHELMAN & ROBINSON LLP
                            800 3rd Avenue
                            24 Floor
                            New York, NY 10022
                            (212) 730-7700
                            bhenry@mrllp.com

                            s/ Jim Walden
                            Walden Macht & Haran
                            One Battery Park Plaza
                            New York, New York 10004
                            (212) 335-2031
                            jwalden@wmhlaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that, on December 28, 2020, a true and correct copy of the foregoing document was filed on CM/ECF with the U.S. District Court for the Eastern District of Tennessee. Notice of this filing was served on all CM/ECF parties.

                            /s/ Bradley L. Henry

2

Case 3:16-cr-00020-CLC-HBG   Document 974   Filed 12/28/20   Page 2 of 2   PageID #: 22666